## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------

SILVERMAN BERNHEIM & VOGEL, P.C.                          :
Two Penn Center Plaza, Suite 910                          :
Philadelphia, PA 19102                                   :        No.
                Plaintiff,                          :

v.                                                       :

NET BANK ALFREDA GEORGIA                                  :
IN RECEIVERSHIP, FEDERAL DEPOSIT                          :
INSURANCE CORPORATION, RECEIVER                           :
1601 Bryan Street                                        :
Dallas, TX 75201                                         :
AND                                                      :
CREDIT SUISSE, USA                                        :
11 Madison Avenue                                        :
New York, NY 10010                                       :
                Defendants.                        :

------------------------------------------------------

## COMPLAINT

Plaintiff, Silverman Bernheim & Vogel, P.C., by its undersigned counsel, for its

Complaint against Net Bank, Alfreda Georgia – In Receivership, Federal Deposit Insurance

Corporation, receiver and Credit Suisse, USA, as follows:

### SUMMARY OF THE ACTION

1.      This is an action by a law firm, which successfully defended a significant lender

liability claim against Meritage Mortgage, which was a wholly owned subsidiary of Net Bank

until January, 2006, when its assets were sold. Thereafter, Net Bank was the client of the law

firm as it retained the liability after the sale of Meritage. The FDIC, as receiver, succeeded to the

interests of Net Bank on September 27, 2007. The FDIC notified SBV to file a claim based upon

the fact that the records of the institution indicated that SBV had a claim against Net Bank itself.

However, that claim was denied on the basis that the representation was of a wholly owned subsidiary of Net Bank, Meritage Mortgage, and not Net Bank. After SBV pointed out to the FDIC that (1) the assets of Meritage mortgage had been sold more than a year prior to the receivership and that the liabilities for attorneys fees were that of Net Bank and (2) that the FDIC had entered its appearance in other claims against Meritage Mortgage, the FDIC declared that it would reconsider the claim. Nevertheless, the FDIC subsequently rejected the claim on reconsideration on the purported basis that "pre-closing expenses of the subsidiary are the responsibility of the subsidiary, not the receiver." That simply is incorrect as a matter of law and the FDIC's defense of other claims against Meritage renders it hypocritical. Meritage Mortgage ceased to exist as a subsidiary of Net Bank in January, 2006, long before the establishment of the receivership and the representation by SBV was an obligation of Net Bank. Accordingly, SBV is entitled to judgment in the full amount of its claim pursuant to 12 U.S.C. §1821(d)(6). In the alternative, SBV is entitled to judgment against Credit Suisse, as the successor to Meritage Mortgage.

**THE PARTIES**

2.    Plaintiff Silverman Bernheim & Vogel, P.C. ("SBV") is a professional legal corporation with a principal place of business located at Two Penn Center Plaza, Suite 910, Philadelphia, PA 19102.

3.    The Federal Deposit Insurance Corporation, as receiver for Net Bank Alfreda Georgia is a United States Federal Agency with a principal address located at 1601 Bryan Street, Dallas, TX 75201.

4.    Credit Suisse, U.S.A. is, upon information and belief, a corporation with a primary business address located at 11 Madison Avenue, New York, NY 10010.

-2-

## JURISDICTION AND VENUE

5.    Pursuant to 12 U.S.C. §1821(d)(6), a party whose claim has been rejected by the FDIC in a receivership has the right to file a claim in the United States District Court for the District of Columbia within sixty (60) days of notification of the denial of that claim.

6.    The FDIC's notice of denial (Exhibit "A" hereto) is dated April 3, 2008. Accordingly, this action is timely and jurisdiction and venue properly lie in this court.

7.    The alternative claim against Credit Suisse may be heard in this court under the doctrine of supplemental jurisdiction, 28 U.S.C. §1367.

## FACTUAL BACKGROUND AND CLAIMS

8.    On or about July, 2002, a Complaint was filed by Joan Taylor against Meritage Mortgage Company, et al. in the Court of Common Pleas of Philadelphia County. That action was removed to federal court in August, 2002 and a copy of the docket in that case is attached hereto as Exhibit "B."

9.    In connection with this lawsuit, SBV was retained by Meritage Mortgage Company, a wholly owned subsidiary of Net Bank.

10.    All of SBV's billings were sent to Net Bank, Inc., Attention: Kathryn Henthorne, 4901 Belfort Road, Suite 160, Jacksonville, FL 32256.

11.    In January, 2006, Net Bank sold Meritage Mortgage to Lime Financial, Inc. of Portland, Oregon, while retaining non-mortgage related liabilities of Meritage, including the defense of this lawsuit.

12.    SBV thereafter dealt solely with Net Bank in discussing the case, preparing strategy and sending billing statements.

13.    Lime Financial, Inc. subsequently was sold to Defendant Credit Suisse.

14.    On June 1, 2006, SBV concluded the successful defense of this matter and the court entered an order granting its motion for judgment as a matter of law.  See, Exhibit "B" hereto at entry 153.

15.    As of the conclusion of the representation, SBV had outstanding legal fees due and owing in the amount of $35,339.93.  Despite repeated requests, that bill has not been paid.

### COUNT I – SBV V. FDIC 12 U.S.C. §1821(d)(6)

16.    SBV repeats and incorporates by reference its allegations contained in paragraphs 1 through 15 as if fully set forth at length herein.

17.    On October 26, 2007, the Office of Thrift Supervision closed Net Bank and appointed the FDIC as receiver.  A copy of the notice received by SBV is attached hereto as Exhibit "C."

18.    The October 26, 2007 letter noted that the records of Net Bank indicated that SBV might have a claim against Net Bank and to recover on that claim, a proof of claim must be filed.

19.    In compliance with the notice, SBV filed a proof of claim in the amount of $35,339.93 with the FDIC.

20.    By letter dated January 3, 2008, (Exhibit "D" hereto), the FDIC provided notice of disallowance of the claim on the basis that:

> Your claim is against Meritage Mortgage.  Meritage is an active
> sub of Net Bank.  The receiver for Net Bank is not responsible for
> your claims against the sub.

21.    This statement was false in that Net Bank had sold Meritage to Lime Financial, Inc. in January, 2006 and it was no longer an active sub of Net Bank.  Moreover, the FDIC actively represented Meritage in other cases, most notably Woodsbey v. Meritage Mortgage in the United States Bankruptcy Court for the Western District of Pennsylvania, No. 06-01105.

-4-

22. Counsel for SBV contacted the FDIC and provided it with evidence that the FDIC, as receiver, rather than considering Net Bank an "active subsidiary of Net Bank" outside of the receivership, had entered its appearance for Meritage in the Woodsbey action, agreed to pay for services provided by the law firm before the FDIC entered its appearance and recognized that the FDIC was the successor to Meritage with respect to claims against Meritage such as the ones in Taylor v. Nelson and Woodsbey v. Meritage.

23. After the FDIC received this information, the FDIC notified SBV that the claim against Net Bank would be reconsidered (Exhibit "E" hereto).

24. Nonetheless, the FDIC subsequently disallowed the claim on the new basis that "pre-closing (9/28/07) expenses of the subsidiary are the responsibility of the subsidiary, not the receiver." (Exhibit "A" hereto).

25. The position by the FDIC that lender liability actions which were not sold to Lime Financial, Inc. (and subsequently Credit Suisse) are outside of the receivership is frivolous and not made in good faith. Not only did Net Bank directly take over the responsibility for the case subsequent to the sale of Meritage and paid SBV's bills (see Exhibit "F" - - IRS Form 1099 statements from the FDIC reflecting legal fee payments by Net Bank in 2007 to SBV) the FDIC actively entered its appearance in other claims against Meritage, including the Woodsbey case.

26. Meritage ceased to exist as an active subsidiary of Net Bank in January, 2006. Net Bank assumed the responsibility for those cases thereafter, including the payment of legal fees for the successful defense of those cases.

27. By reason of the foregoing, SBV is entitled to judgment against the FDIC, as receiver, in the amount of $35,339.93, together with such other and further relief as the court may deem just and proper.

-5-

## COUNT II – ALTERNATIVE CLAIM: SBV V. CREDIT SUISSE

28.     SBV repeats and incorporates by reference its allegations contained in paragraphs 1 through 27 as if fully set forth at length herein.

29.     Alternatively, to the extent the FDIC's position is correct, i.e., that the claims against Meritage remained obligations of Meritage rather than Net Bank subsequent to the sale of Meritage to Lime Financial, Inc. in January, 2006, then the obligation to pay legal fees for the successful representation lies with the successor to Meritage, which currently is Credit Suisse.

30.     Accordingly, to the extent that the FDIC's position is correct, Credit Suisse is liability to SBV for $35,339.93, representing the legal fees incurred in the successful defense of the Taylor v. Nelson lawsuit.

Respectfully submitted:

**SPIVA & HARTNETT LLP**

Date: June 2, 2008                    By:

Kathleen R. Hartnett, Esquire
1776 Massachusetts Avenue, N.W.
Suite 600
Washington, D.C. 20036
(202) 785-0601 (phone)
(202) 785-0697 (fax)
khartnett@spivahartnett.com

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| SILVERMAN BERNHEIM & VOGEL, P.C. | NET BANK ALFREDA GEORGIA IN RECEIVERSHIP, FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER; CREDIT SUISSE, USA |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___Philadelphia___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) __Washington, D.C.__
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Kathleen R. Hartnett, Esquire
Spiva & Hartnett LLP
1776 Massachusetts Avenue, N.W., Ste 600
Washington, D.C. 20036
202-785-0601

ATTORNEYS (IF KNOWN)

---

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ◉ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☒ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

---

| ○ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ○ **G. Habeas Corpus/** **2255** | ○ **H. Employment** **Discrimination** | ○ **I. FOIA/PRIVACY** **ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| | *(If pro se, select this deck)* | *(If pro se, select this deck)* | |

| ○ **K. Labor/ERISA** **(non-employment)** | ○ **L. Other Civil Rights** **(non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities- Employment ☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

12 U.S.C. Section 1821(d)(6)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** 35,399.93  **JURY DEMAND:**  Check YES only if demanded in complaint  YES  NO  ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES  NO ☒  If yes, please complete related case form.

DATE  06/2/08  SIGNATURE OF ATTORNEY OF RECORD  _____  Br° N. .  483250

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

EXHIBIT "A"

**FDIC**

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201

Division of Resolutions and Receiverships

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED – 7002 0860 0002 2113 6800**

April 3, 2008

Silverman, Bernheim & Vogel, P.C.
C/o Daniel S. Bernheim
Wilentz, Goldman & Spitzer
2 Penn Center Plaza, Ste. 910
Philadelphia, PA 19102

SUBJECT:    10001– NetBank
            Alpharetta, GA – In Receivership
            <u>NOTICE OF DISALLOWANCE AFTER RECONSIDERATION OF CLAIM</u>

Dear Claimant:

The Receiver of NetBank has reconsidered your claim against the receivership. After a second review of your filed claim along with your supporting documentation, the Receiver has again determined to disallow your claim for the following reason(s) :

>    Pre closing (9/28/07) expenses of the subsidiary are the responsibility of the subsidiary, not the Receiver.

Pursuant to 12 U.S.C. Section 1821 (d) (6), if you do not agree with this disallowance, you have the right to file a lawsuit on your claim (or continue any lawsuit commenced before the appointment of the Receiver), in the United States District (or Territorial) Court for the District within which the failed institution's principal place of business was located or the United States District Court for the District of Columbia within 60 days from the date of this notice.

**IF YOU DO NOT FILE A LAWSUIT** (or continue any lawsuit commenced before the appointment of the Receiver) **BEFORE THE END OF THE 60-DAY PERIOD, THE DISALLOWANCE WILL BE FINAL, YOUR CLAIM WILL BE FOREVER BARRED AND YOU WILL HAVE NO FURTHER RIGHTS OR REMEDIES WITH RESPECT TO YOUR CLAIM. 12 U.S.C. Section 1821(d)(6)(B).**

However, if a portion of your claim is for an insured deposit, your claim is not against the Receiver but rather is against the FDIC in its "corporate" capacity as deposit insurer. An insured depositor's rights are prescribed in 12 U.S.C. Section 1821(f) and differ from the rights described in the preceding paragraphs.

If you have any questions about this letter, please contact the undersigned at (972) 761-2665.

Sincerely,

Jeffry M. Quick
Claims Department

RLS7218

EXHIBIT "B"

CASREF, CLOSED, STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:02-cv-06558-PBT

TAYLOR v. NELSON et al
Assigned to: HONORABLE PETRESE B. TUCKER
Referred to: MAGISTRATE LINDA K. CARACAPPA
(Settlement)
Cause: 15:1601 Truth in Lending

Date Filed: 08/02/2002
Date Terminated: 06/30/2006
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**JOAN TAYLOR**

represented by **ELIZABETH C. GOODELL**
COMMUNITY LEGAL SERV INC
3638 N. BROAD STREET
PHILADELPHIA, PA 19140
215-227-2400
Email: bgoodell@clsphila.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**IRWIN TRAUSS**
1424 CHESTNUT ST
PHILADELPHIA, PA 19102
215-981-3811
Fax: 215-981-3860
Email: itrauss@philalegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIMBERLY A. TYNAN**
PHILADELPHIA LEGAL
ASSISTANCE
41 SOUTH 15TH STREET
SUITE 500
PHILADELPHIA, PA 19102
215-981-3839
Email: ktynan@philalegal.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KIM NELSON**

**Defendant**

**VINTAGE FUNDING COMPANY**
*TERMINATED: 02/01/2006*

represented by **BRIAN M. FLEISCHER**
FLEISCHER FLEISCHER &
SUIGLIA
1800 JOHN F. KENNEDY
BOULEVARD
20TH FL
PHILADELPHIA, PA 19103
215-546-7979
Email: bfleischer@fleischerlaw.com
*TERMINATED: 02/01/2006*
*LEAD ATTORNEY*

**IVY M. KEMPF**
FLEISCHER & FLEISCHER
PLAZA 1000 AT MAIN ST. #208
VOORHEES, NJ 08043
856-489-8977
Email: ikempf@fleischerlaw.com
*TERMINATED: 09/11/2006*
*LEAD ATTORNEY*

**LAURA J. O'NEILL**
WEIR & PARTNERS, LLP
THE WIDENER BUILDING, SUITE
500
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107
215-665-8181
Email: loneill@weirpartners.com
*TERMINATED: 02/01/2006*
*LEAD ATTORNEY*

**NICOLA G. SUGLIA**
FLEISCHER & FLEISCHER
PLAZA 1000 AT MAIN STREET
SUITE 208
VOORHEES, NJ 08043-4633
856-489-8977
Email: nsuglia@fleischerlaw.com
*TERMINATED: 02/01/2006*

**Defendant**

**MERITAGE MORTGAGE
COMPANY**
*TERMINATED: 06/01/2006*

represented by **DANIEL S. BERNHEIM**
WILENTZ, GOLDMAN & SPITZER
TWO PENN CTR PLZ
STE 910
PHILADELPHIA, PA 19102
215-569-0000

Email: dbernheim@wilentz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHAN A. CASS**
COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.
30 S. 17TH STREET
19TH FLOOR/UNITED PLAZA
PHILADELPHIA, PA 19103
215-564-1700
Email: jcass@cohenseglias.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD S. BLUM**
*TERMINATED: 06/01/2006*

represented by **ANTHONY W. HINKLE**
CIPRIANI & WERNER, PC
482 NORRISTOWN RD
SUITE 111
BLUE BELL, PA 19422
610-567-0700
Email: ahinkle@c-wlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MORTGAGE ELECTRONIC
REGISTRATION SYSTEM**
*TERMINATED: 06/01/2006*

represented by **DANIEL S. BERNHEIM**
(See above for address)
*LEAD ATTORNEY*

**JONATHAN A. CASS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID BANKS**
BANKS & BANKS
3038 CHURCH RD
LAFAYETTE HILL, PA 19444
610-940-3900
Email: bbwlaw@yahoo.com
*TERMINATED: 02/10/2006*

**Defendant**

**UNITED ONE RESOURCES, INC.**
*TERMINATED: 02/01/2006*

represented by **CRAIG S. HUDSON**
MARSHALL, DENNEHEY,
WARNER
1845 WALNUT ST.
21ST FL.

PHILA, PA 19103
Email: chudson@mdwcg.com
*TERMINATED: 02/01/2006*
*LEAD ATTORNEY*

**JANESA URBANO**
CURETON, CAPLAN
3000 MIDLANTIC DRIVE
SUITE 200
MT. LAUREL, NJ 08054
856-824-1001
Email: jurbano@curetoncaplan.com
*TERMINATED: 04/20/2004*
*LEAD ATTORNEY*

**JEFFREY M. LINDY**
LAW OFFICES OF JEFFREY M.
LINDY
1800 JOHN F. KENNEDY
BOULEVARD
SUITE 1500
PHILADELPHIA, PA 19103
215-575-0702
Email: jlindy@lindylawfirm.com
*TERMINATED: 08/28/2002*
*LEAD ATTORNEY*

**TIMOTHY J. BLOH**
FOX ROTHSCHILD LLP
2000 MARKET STREET
TENTH FLOOR
PHILADELPHIA, PA 19103
215-299-2797
Email: tbloh@foxrothschild.com
*TERMINATED: 09/18/2003*
*LEAD ATTORNEY*

**Defendant**

**RESOURCES BANCHARES**       represented by   **DANIEL S. BERNHEIM**
**MORTGAGE GROUP**                             (See above for address)
                                               *LEAD ATTORNEY*

                                               **JONATHAN A. CASS**
                                               (See above for address)
                                               *TERMINATED: 02/10/2006*
                                               *LEAD ATTORNEY*

                                               **DAVID BANKS**
                                               (See above for address)
                                               *TERMINATED: 02/10/2006*

**Defendant**

**WILSHIRE CREDIT**
**CORPORATION**
*TERMINATED: 01/11/2006*

represented by **DAVID BANKS**
(See above for address)
*TERMINATED: 09/11/2006*
*LEAD ATTORNEY*

**Defendant**

**JAMILAH PRESLEY**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2006 | 163 | ORDER THAT PLAINTIFF'S AMENDED MOTION FOR ATTORNEYS' FEES AND COSTS (#159) IS GRANTED AS UNOPPOSED, DEFENDANT KIM NELSON SHALL PAY PLAINTIFF'S ATTORNEYS' FEES IN THE AMOUNT OF $116,141.00 AND COSTS IN THE AMOUNT OF $10,117.91; PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS (#158) IS DISMISSED AS MOOT; UPON CONSIDERATION OF BILL OF COSTS OF DEFENDANTS PLAINTIFF SHALL PAY DEFENDANTS COSTS IN THE AMOUNT OF $12,116.62. SIGNED BY JUDGE PETRESE B. TUCKER ON 9/6/06.9/7/06 ENTERED AND COPIES E-MAILED. (afm, ) (Entered: 09/07/2006) |
| 08/21/2006 | 162 | Objections by JOAN TAYLOR re 161 Bill of Costs *of Defendants Meritage Mortgage Company, Resource Bancshares Mortgage Group and Mortgage Electronic Registration Systems.* (TYNAN, KIMBERLY) (Entered: 08/21/2006) |
| 08/11/2006 | 161 | BILL OF COSTS *, with Affidavit of Counsel, by Defendants* by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY. (CASS, JONATHAN) (Entered: 08/11/2006) |
| 07/19/2006 | 160 | CERTIFICATE OF SERVICE by JOAN TAYLOR re 158 MOTION for Attorney Fees, 159 Amended MOTION for Attorney Fees *Against Kim Nelson* (GOODELL, ELIZABETH) (Entered: 07/19/2006) |
| 07/11/2006 | 159 | Amended MOTION for Attorney Fees *Against Kim Nelson* filed by JOAN TAYLOR.Declaration. (Attachments: # 1 Text of Proposed Order Granting Motion for Attorney's Fees in the Amount of $116,141.00 and Costs in the Amount of $10,117.91.)(TRAUSS, IRWIN) (Entered: 07/11/2006) |
| 07/10/2006 | 158 | MOTION for Attorney Fees filed by JOAN TAYLOR.. (Attachments: # 1 Text of Proposed Order Granting Motionf for Attorney fees and costs) (TRAUSS, IRWIN) (Entered: 07/10/2006) |
| 06/30/2006 | 157 | ORDER THAT JUDGMENT IS ENTERED IN FAVOR OF PLFF JOAN TAYLOR AND AGAINST DEFT KIM NELSON AS TO COUNT II OF THE COMPLAINT IN THE AMOUNT OF $67,950. JUDGMENT IS ENTERED IN FAVOR OF PLFF JOAN TAYLOR, AND AGAINST DEFT, KIM NELSON, AS TO COUNT III OF THE COMPLAINT, ETC. |

| | | |
|---|---|---|
| | | JUDGMENT IS ENTERED IN FAVOR OF PLFF, JOAN TAYLOR, AND AGAINST DEFT KIM NELSON, AS TO COUNT IV OF THE COMPLAINT IN THE AMOUNT OF $7,111.56, ETC. IT IS FURTHER ORDERED THAT THE COURT'S PREVIOUS ENTRY OF JUDGMENT (DOC. 153, ENTERED 6/2/06) IS MODIFIED SUCH THAT JUDGMENT IS ENTERED IN FAVOR OF DEFTS, MERITAGE MORTGAGE COMPANY, RESOURCES BANCSHARES MORTGAGE GROUP, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, AND RICHARD S. BLUM, AND AGAINST PLFF, JOAN TAYLOR. IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT SHALL MARK THE ABOVE CAPTIONED CASE AS CLOSED. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 6/29/06. ) 6/30/06 ENTERED AND COPIES MAILED AND E-MAILED.(gn, ) (Entered: 06/30/2006) |
| 06/01/2006 | 156 | Minute Entry for proceedings held before Judge PETRESE B. TUCKER : Civil Jury Trial Day 2 held on 4/25/06. Court Reporter: Sidney Rothschild. (gn, ) (Entered: 06/02/2006) |
| 06/01/2006 | 155 | Minute Entry for proceedings held before Judge PETRESE B. TUCKER : Civil Jury Trial Day 4 held on 4/27/06. Court Reporter: Sidney Rothschild. (gn, ) (Entered: 06/02/2006) |
| 06/01/2006 | 154 | Minute Entry for proceedings held before Judge PETRESE B. TUCKER : Jury Trial Day 3 held on 4/26/06. Court Reporter: Sidney Rothschild. (gn, ) (Entered: 06/02/2006) |
| 06/01/2006 | 153 | ORDER THAT DEFTS' MOTION FOR JUDGMENT AS A MATTER OF LAW IS GRANTED. IT IS FURTHER ORDERED THAT JUDGMENT IS ENTERED IN FAVOR OF DEFTS MERITAGE MORTGAGE, RICHARD BLUM AND MORTGAGE REGISTRATION SYSTEM AND AGAINST PLFF JOAN TAYLOR. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 6/1/06. ) 6/2/06 ENTERED AND COPIES MAILED AND E-MAILED.(gn, ) (Entered: 06/02/2006) |
| 05/18/2006 | 152 | EXHIBITS by plff JOAN TAYLOR (Poster Board Pictures and Folder of Papers). (gn, ) (Entered: 05/18/2006) |
| 05/01/2006 | 151 | ORDER THAT DEFT KIM NELSON IS ADJUDGED TO BE IN CONTEMPT OF THE SUBPOENA COMPELLING HIS ATTENDANCE TO GIVE TESTIMONY IN THE TRIAL IN THE CASE, ETC. IT IS FURTHER ORDERED THAT THIS ORDER MAY BE SERVED BY THE U.S. MARSHALL, WITHOUT COST TO PLFF AS SHE IS PROCEEDING IFP, ON KIM NELSON AS THE FOLLOWING ADDRESS: KIM NELSON 203 S. 52ND STREET, PHILA. 19139 AND 130 N. 40TH STREET PHILA., PA 19139 OR BY CERTIFIED MAIL, RETURN RECEIPT REQUESTS OR OTHER METHOD DESIGNED TO GENERATE A RETRUN RECEIPT. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 4/24/06. )5/1/06 ENTERED AND COPIES MAILED.(gn, ) (Entered: 05/01/2006) |
| 05/01/2006 | 150 | ORDER THAT PLFF'S MOTION IN LIMINE TO PRECLUDE (DOC. #137) IS GRANTED. DEFT RICHARD S. BLUM'S MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF PLFF'S EXPERT (DOC. #138) IS |

| | | DENIED. DEFT RICHARD S. BLUM'S MOTION TO BIFURCATE (DOC. 139) IS GRANTED. ORDER THAT DEFT MERITAGE'S MOTION IN LIMINE TO PRECLUDE PLFF FROM INTRODUCING CERTAIN EVIDENCE IS GRANTED. PLFF'S MOTION IN LIMINE TO PERMIT PLFF'S COUNSEL TO READ RELEVANT EXCERPTS FROM THE COMPLAINT IS GRANTED IN PART. (( SIGNED BY JUDGE PETRESE B. TUCKER ON 4/25/06. ) 5/1/06 ENTERED AND COPIES MAILED. (gn, ) Additional attachment(s) added on 5/12/2006 (gn, ). (Entered: 05/01/2006) |
| 05/01/2006 | 149 | ORDER THAT THE COURT'S PREVIOUS ORDER (DOC. 112, ENTERED 2/1/06) GRANTING SUMMARY JUDGMENT IN FAVOR OF THE MERITAGE DEFTS AND AGAINST PLFF ON COUNT VII OF PLFF'S COMPLAINT SHALL REMAIN IN FULL EFFECT. IT IS FURTHER ORDERED THAT THE PREVIOUS GRANT OF SUMMARY JUDGMENT IN FAVOR OF THE MERITAGE DEFTS ON COUNT I, COUNT III, COUNT IV FOR ECOA NOTICE VIOLATIONS, COUNT V, COUNT VI, AND COUNT VIII FOR RESPA VIOLATIONS SHALL REMAIN IN FULL EFFECT. IT IS FURTHER ORDERED THAT ONLY COUNT II, COUNT IV FOR ECOA DISCRIMINATION VIOLATIONS, COUNT VIII FOR FDCPA VIOLATIONS SHALL REMAIN. IT IS FURTHER ORDERED THAT ALL REMAINING PROVISIONS OF THIS COURT'S PREVIOUS ORDER (DOC. 112) SHALL REMAIN IN FULL EFFECT AS IT PERTAINS TO ALL OTHER PARTIES. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 4/21/06. ) 5/1/06 ENTERED AND COPIES MAILED AND E-MAILED.(gn, ) (Entered: 05/01/2006) |
| 04/25/2006 | 148 | Minute Entry for proceedings held before Judge PETRESE B. TUCKER : Jury Trial Day 1 held on 4/24/06. Court Reporter: Sidney Rothschild. (gn, ) (Entered: 04/26/2006) |
| 04/23/2006 | 147 | Proposed Voir Dire by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY. Certificate of Service (CASS, JONATHAN) (Entered: 04/23/2006) |
| 04/23/2006 | 146 | AMENDED DOCUMENT by JOAN TAYLOR. Amendment to 111 Proposed Voir Dire *Amended Summary of Contentions with Reference to Facts, Theories of Liability and Damages.* (TRAUSS, IRWIN) (Entered: 04/23/2006) |
| 04/22/2006 | 145 | RESPONSE in Opposition re 140 MOTION in Limine *to Preclude Plaintiff From Introducing Certain Evidence of Meritage's Underwriting Process* MOTION to Bifurcate MOTION to Bifurcate filed by JOAN TAYLOR. (Attachments: # 1 Memorandum of Law in Support of Response to Motions in Limine and to Bifurcate# 2 Text of Proposed Order Denying Motion in Limine and to Bifurcate)(TYNAN, KIMBERLY) (Entered: 04/22/2006) |
| 04/22/2006 | 144 | RESPONSE in Opposition re 139 MOTION to Bifurcate *Trial* filed by JOAN TAYLOR. (Attachments: # 1 Memorandum of Law in Support of Response# 2 Text of Proposed Order Denying Blum Motion for Bifurcation)(TYNAN, KIMBERLY) (Entered: 04/22/2006) |

| 04/22/2006 | 143 | CERTIFICATE OF SERVICE by JOAN TAYLOR re 141 MOTION in Limine *to Permit Plaintiff to Read Excerpts from Complaint into Evidence at Trial as Evidence for Purposes of Damages as Against Defendant Kim Nelson Only* (TYNAN, KIMBERLY) (Entered: 04/22/2006) |
| --- | --- | --- |
| 04/21/2006 | 142 | Proposed Points for Charge by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY, Certificate of Service (CASS, JONATHAN) Modified on 4/24/2006 (np). (Entered: 04/21/2006) |
| 04/20/2006 | 141 | MOTION in Limine *to Permit Plaintiff to Read Excerpts from Complaint into Evidence at Trial as Evidence for Purposes of Damages as Against Defendant Kim Nelson Only* filed by JOAN TAYLOR.Memorandum. (Attachments: # 1 Exhibit A# 2 Memorandum in Support of Motion in Limine# 3 Text of Proposed Order)(TYNAN, KIMBERLY) (Entered: 04/20/2006) |
| 04/20/2006 | 140 | MOTION in Limine *to Preclude Plaintiff From Introducing Certain Evidence of Meritage's Underwriting Process*, MOTION to Bifurcate filed by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY.Memorandum of Law and Certificate of Service. (Attachments: # 1 Exhibit)(CASS, JONATHAN) (Entered: 04/20/2006) |
| 04/20/2006 | 139 | MOTION to Bifurcate filed by RICHARD S. BLUM, Memorandum, Certificate of Service.(HINKLE, ANTHONY) Modified on 4/21/2006 (np). (Entered: 04/20/2006) |
| 04/20/2006 | 138 | MOTION in Limine *to Exclude Certain Testimony of Plaintiff's Expert* filed by RICHARD S. BLUM.Certificate of Service. (Attachments: # 1 Exhibit) (HINKLE, ANTHONY) (Entered: 04/20/2006) |
| 04/20/2006 | 137 | MOTION in Limine filed by JOAN TAYLOR.Plaintiff's Motion in Liminie to Preclude Defendant Blum from Introducing Evidence or Argument Concerning the Settlement Between Joan Taylor and Wilshire Credit Corporation. (Attachments: # 1 Text of Proposed Order Granting Motion Precluding Introduction into Evidence of or Reference in Argument to Plaintiff's Settlement with Wilshire Credit Corporation)(TRAUSS, IRWIN) (Entered: 04/20/2006) |
| 04/20/2006 | 136 | Points for Charge by RICHARD S. BLUM. Certificate of Service (HINKLE, ANTHONY) (Entered: 04/20/2006) |
| 04/19/2006 | 135 | TRIAL BRIEF *Regarding Plaintiff's Alleged Damages* by RICHARD S. BLUM. Certificate of Service (HINKLE, ANTHONY) (Entered: 04/19/2006) |
| 03/31/2006 | 134 | PRETRIAL MEMORANDUM by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY Certificate of Service. (CASS, JONATHAN) (Entered: 03/31/2006) |
| 03/30/2006 | 133 | *Response in the Form of a Memorandum of Law In Opposition to Plaintiff's 132 Untimely Cross-Motion for Summary Judgment on the Truth in Lending Act* filed by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, |

| | | |
|---|---|---|
| | | RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY, Certificate of Service. (Attachments: # 1 Exhibit) (CASS, JONATHAN) Modified on 3/31/2006 (np). (Entered: 03/30/2006) |
| 03/06/2006 | 132 | *Memorandum of Law in Opposition to 73 MOTION for Summary Judgment and Cross Motion for Summary Judgment on TILA Disclosure Claims Under Count VII of Complaint* filed by JOAN TAYLOR, Certificate of Service. (Attachments: # 1 Statement of Material Facts in Opposition to Motion for Summary Judgment and in Support of Cross Motion for Summary Judgment# 2 Exhibit 1 - Manual of Title Insurance Rating Bureau of PA# 3 Exhibit 2 - Title Committment and Services Letters# 4 Exhibit 3,4,5 and 6 - HUD -1 s and TILA Disclosures# 5 Exhibit 7 - Complaint# 6 Exhibit 8 - Stipualtion regarding dismisal and preservation of claims) (TRAUSS, IRWIN) Modified on 3/31/2006 (np). (Entered: 03/06/2006) |
| 03/03/2006 | | Copy of order dated 2/17/06 and envelope returned by the U.S. Postal Service and addressed to Jamilah Presley for the following reason: Attempted Not Known. (gn, ) (Entered: 03/06/2006) |
| 03/02/2006 | 131 | Minute Entry for proceedings held before Judge PETRESE B. TUCKER : Counsel argued sur: cross motions for summary judgment. Court Reporter: Nancy O'Neill. (gn, ) (Entered: 03/02/2006) |
| 02/17/2006 | 130 | Memorandum of Law (Supplemental) In Support re 73 MOTION for Summary Judgment filed by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY. (Attachments: # 1 Exhibits)(CASS, JONATHAN) (Entered: 02/17/2006) |
| 02/17/2006 | | Copy of order dated 2/1/06 and envelope returned by the U.S. Postal Service and addressed to Jamilah Presley for the following reason: Attempted Not Known - Moved. (gn, ) (Entered: 02/17/2006) |
| 02/17/2006 | 129 | ORDER THAT DEFT'S MOTION TO STRIKE (DOC. 118) IS DENIED. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 2/9/06.) 2/17/06 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED. (gn, ) (Entered: 02/17/2006) |
| 02/17/2006 | 128 | ORDER THAT DEFTS MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCSHARES MORTGAGE GROUP AND MERITGAGE MORTGAGE COMPANY SHALL FILE A SUMMARY JUDGMENT BRIEF ON THE MATTER ON OR BEFORE 2/24/06. IT IS FURTHER ORDERED THAT PLFF SHALL FILE A RESPONSE TO MERITAGE'S BRIEF ON THE MATTER OF PLFF'S CLAIM THAT MERITAGE FAILRE TO PROVIDE PROPER TILA DISCLOSURES IN VIOLATION OF 15 U.S.C. SECTION 1601-1640 WITHIN (14) CALENDAR DAYS OF THE DATE ON WHICH MERITAGE SERVES ITS BRIEF, BUT NOT LATER THAN 3/10/06. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 2/13/06. ) 2/17/06 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(gn, ) (Entered: 02/17/2006) |
| 02/17/2006 | 127 | ORDER THAT PLFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH PLFF CONTENDS THERE IS A GENUINE ISSUE TO BE TRIED |

| | | (DOC. 104) AND PLFF'S SPPENDIX FILED IN OPPOSITION TO MOTIONS (DOC. 105) ARE STRICKENT FROM THE RECORD IN THEIR ENTIRETY. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 2/13/06. ) 2/17/06 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(gn, ) Modified on 2/17/2006 (gn, ). (Entered: 02/17/2006) |
|---|---|---|
| 02/17/2006 | 126 | NOTICE of Hearing: JURY TRIAL SET FOR 4/24/2006 09:30 AM BEFORE HONORABLE PETRESE B. TUCKER. (adr) (Entered: 02/17/2006) |
| 02/15/2006 | 125 | AFFIDAVIT *of Service of Subpoena on Kim Nelson on January 30, 2006* by JOAN TAYLOR. (Attachments: # 1)(TRAUSS, IRWIN) (Entered: 02/15/2006) |
| 02/10/2006 | 124 | STIPULATION AND ORDER THAT PLFF, AS TO THE MERITAGE DEFTS ONLY, VOLUNTARILY DISMISSES, WITH PREJUDICE: (1) THE CLAIM ARISING OUT OF THE ALLEGATIONS IN PARA 162 OF THE COMPLAINT THAT THE MERITAGE DEFTS DISCRIMINATED AGAINST PLFF BY CHARGING HER A DISCRIMINATORY INTEREST RATE AND DISCRIMINATORY CHARGES AND CONDITIONS, ETC. INTENDING TO BE BOUND HEREBY, PLFF AND THE MERITAGE DEFTS, BY THEIR RESPECTIVE ATTORNEYS, SET THEIR SIGNATURES BELOW. ( SIGNED BY JUDGE PETRESE B. TUCKER ) 2/10/06 ENTERED AND COPIES MAILED AND FAXED.(gn, ) (Entered: 02/10/2006) |
| 02/06/2006 | 123 | AFFIDAVIT re 108 Request for Default Judgment, *Affidavit of Service on Kim Nelson* by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 02/06/2006) |
| 02/05/2006 | 122 | RESPONSE in Opposition re 117 MOTION for Order *to Strike Jury Trial Demand and Proceed with Non-Jury Trial*, 116 MOTION to Strike *Jury-Trial Demand and Proceed with Non-Jury Trial*, 118 MOTION to Strike *Jury-Trial Demand and Proceed with Non-Jury Trial*, 119 MOTION to Strike 118 MOTION to Strike *Jury-Trial Demand and Proceed with Non-Jury Trial Attachment including Memorandum in Opposition to Motion* filed by JOAN TAYLOR. (Attachments: # 1)(TRAUSS, IRWIN) (Entered: 02/05/2006) |
| 02/05/2006 | 121 | AMENDED DOCUMENT by JOAN TAYLOR. Amendment to 106 Pretrial Memorandum *Supplemental Pretrial Memorandum raising objections to expert witness and related exhibits proffered by Blum for the first time in his Pretrial Memo and exhibits not previously produced and containing additional special comments.* (TRAUSS, IRWIN) (Entered: 02/05/2006) |
| 02/04/2006 | 120 | PRETRIAL MEMORANDUM by RICHARD S. BLUM Certificate of Service. (HINKLE, ANTHONY) (Entered: 02/04/2006) |
| 02/03/2006 | 119 | Exhibit Re: MOTION to Strike 118 MOTION to Strike *Jury-Trial Demand and Proceed with Non-Jury Trial Attachment* filed by RICHARD S. BLUM.Exhibit.(HINKLE, ANTHONY) Modified on 2/6/2006 (np). (Entered: 02/03/2006) |
| 02/03/2006 | 118 | MOTION to Strike *Jury-Trial Demand and Proceed with Non-Jury Trial* filed by RICHARD S. BLUM.Memorandum and Certificate of Service.(HINKLE, ANTHONY) (Entered: 02/03/2006) |

| 02/03/2006 | 117 | Proposed Order *to Strike Jury Trial Demand and Proceed with Non-Jury Trial* filed by RICHARD S. BLUM..(HINKLE, ANTHONY) Modified on 2/6/2006 (np). (Entered: 02/03/2006) |
| 02/03/2006 | 116 | MOTION to Strike *Jury-Trial Demand and Proceed with Non-Jury Trial* filed by RICHARD S. BLUM.Memorandum and Certificate of Service.(HINKLE, ANTHONY) (FILED IN ERROR BY ATTORNEY; ATTORNEY RE-FILED) Modified on 2/7/2006 (np). (Entered: 02/03/2006) |
| 02/03/2006 | 115 | Offer of Judgment by RICHARD S. BLUM, Certificate of Service. (HINKLE, ANTHONY) Modified on 2/6/2006 (np). (Entered: 02/03/2006) |
| 02/02/2006 | 114 | Offer of Judgment *Pursuant to F.R.Civ.P. 68* by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY. (CASS, JONATHAN) (Entered: 02/02/2006) |
| 02/01/2006 | 113 | ORDER THAT ALL CLAIMS AGAINST DEFT WILSHIRE CREDIT CORP. ARE DISMISSED WITH PREJUDICE AND WITHOUT COSTS, PURSUANT TO THE AGREEMENT OF COUNSEL AND LOCAL RULE 41.1(b). IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT SHALL MARK DEFT WILSHIRE CREDIT CORP. AS TERMINATED. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 1/31/06. ) 2/1/06 ENTERED AND COPIES MAILED AND E-MAILED.(gn, ) (Entered: 02/01/2006) |
| 02/01/2006 | 112 | MEMORANDUM AND ORDER THAT PLFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST VINTAGE MORTGAGE CORP. IS DENIED. PLFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST MERITAGE MORTGAGE CORP. IS DENIED. DEFT UNITED ONE RESOURCES'S MOTION FOR SUMMARY JUDGMENT IS GRANTED. JUDGMENT IS ENTERED INFAVOR OF DEFT AND AGAINST PLFF ON ALL COUNTS. THER CLERK OF THE COURT SHALL MARK DEFT UNITED ONE RESOURCES AS TERMINATED. DEFT VINTTAGE MORTGAGE CORP.'S MOTION FOR SUMMARY JUDGMENT IS GRANTED. JUDGMENT IS ENTERED IN FAVOR OF DEFT AND AGAINST PLFF ON ALL COUNTS. THE CLERK OF THE COURT SHALL MARK DEFT VINTAGE MORTGAGE CORP. AS TERMINATED. MERITAGE DEFTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED. JUDGHMENT IS ENTERED IN FAVOR OF DEFTS AND AGAINST PLFF ON COUNT I, COUNT III, VOUNT IV FOR ECOA, ETC. DEFT RICHARD S. BLUM'S MOTION FOR SUMMARY JUDGMENT IS GRANTED IN PART AND DENIED IN PART. JUDGMENT IS ENTERED IN FAVOR OF DEFT AND AGAINST PLFF ON COUNT III OF PLFF'S COMPLAINT FOR COMMON LAW FRAUD. COUNT II OF THE COMPLAINT ALLEGING UNFAIR AND DECEPTIVE PRACTICES SHALL REMAIN. IT IS FURTHER ORDERED THE DEFT WILSHIRE CREDIT CORP.'S MOTION FOR SUMMARY JUDGMENT (DOC. 61) IS DISMISSED AS MOOT. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 1/31/06.) 2/1/06 ENTERED AND COPIES MAILED AND E-MAILED. (gn, ) (Entered: 02/01/2006) |

| 01/30/2006 | 111 | Proposed Voir Dire by JOAN TAYLOR. (Attachments: # 1 Joan Taylor's Summary of Contentions with reference to facts, Theories of Liability and Damages)(TRAUSS, IRWIN) (Entered: 01/30/2006) |
| --- | --- | --- |
| 01/30/2006 | 110 | Proposed Jury Instructions by JOAN TAYLOR. (Attachments: # 1 General Instructions from Fedural Jury Practice and Instructions# 2 Agency Instructions# 3 ECOA Instructions - Meritage# 4 ECOA Instructions Vintage and Meritage# 5 ECOA Instructions - Vintage# 6 Fraud Instructions# 7 General Instructions Multiple Claims# 8 Negligence Instructions# 9 Punitive Damages Instructions# 10 RESPA Instructions Vintage and Meritage# 11 TILA Instructions# 12 UDAP General Instuctions# 13 UDAP Instructions - Blum# 14 UDAP Instructions - Meritage# 15 UDAP Instructions - Nelson# 16 UDAP Instructions UOR# 17 UDAP Instructions Vintage)(TRAUSS, IRWIN) (Entered: 01/30/2006) |
| 01/27/2006 | 109 | MOTION for Default Judgment as to *Defendant* Kim Nelson filed by JOAN TAYLOR.Affidavit Regarding Military Service, Certificate of Service. (Attachments: # 1 Notice of Motion# 2 Text of Proposed Order Entry of Judgment for Default after Jury Verdict)(TRAUSS, IRWIN) (Entered: 01/27/2006) |
| 01/26/2006 | 108 | Request for Default Judgment *by the Clerk on Count II of the Complaint in Favor of Plaintiff* JOAN TAYLOR against KIM NELSON, KIM NELSON. (Attachments: # 1 Affidavit In Support of Entry of Default Judgment Against Kim Nelson by the Clerk# 2 Affidavit Regarding Military Service# 3 Text of Proposed Order Proposed Text of Clerk's Entry of Judgment by Default) (TRAUSS, IRWIN) (Entered: 01/26/2006) |
| 01/18/2006 | 107 | AFFIDAVIT re 106 Pretrial Memorandum *Affidavit of Service on Kim Nelson* by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 01/18/2006) |
| 01/17/2006 | 106 | PRETRIAL MEMORANDUM by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 01/18/2006) |
| 01/13/2006 | | Copy of order dated 1/4/06 and envelope returned by the U.S. Postal Service and addressed to Jamilah Presley for the following reason: Attempted Not Known. (gn, ) (Entered: 01/13/2006) |
| 01/12/2006 | 105 | Appendix filed in opposition to motions of United One Resources, Richard S. Blum, Vintage Mortgage Corp. and the Meritage defts for summary judgment, filed by plff JOAN TAYLOR. ( Appendices FFF-NNN) (gn, ) (Entered: 01/13/2006) |
| 01/11/2006 | 104 | Statement *of Material Facts As To Which Plaintiff Contends There is a Genuine Issue To Be Tried, Filed in Opposition To the Motion of Meritage Mortgage Corporation, Mortgage Electronic Registration System and Resource Bancshares Mortgage Group For Summary Judgment* by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 01/11/2006) |
| 01/11/2006 | 103 | STIPULATION of Dismissal *of all Claims Raised by Plaintiff Against Defendant Wilshire Credit Corporation* by JOAN TAYLOR. (Attachments: # 1 Text of Proposed Order Allowing Voluntary Dismissal of Claims Against Wilshire in accordance with Stipulation)(TRAUSS, IRWIN) (Entered: |

| | | 01/11/2006) |
|---|---|---|
| 01/04/2006 | 102 | STIPULATION AND ORDER THAT THE CROSS-CLAIMS FILED BY WILSHIRE AND MERITAGE ARE DISMISSED. SIGNED BY JUDGE PETRESE B. TUCKER ON 1/3/06. 1/5/06 ENTERED AND COPIES MAILED AND FAXED.(stb, ) (Entered: 01/05/2006) |
| 01/04/2006 | 101 | ORDER THAT PLFF'S MOTION TO RESCHEDULE TRIAL, TO RESCHEDULE ORAL AGRUMENT ON MOTIONS FOR SUMMARY JUDGMENT, TO FURTHER EXTEND DEADLINE FOR PLFF TO FILE BRIEFS IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT AND RESETTING DATE FOR BRIEFS IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT (DOC 93) IS DENIED. SIGNED BY JUDGE PETRESE B. TUCKER ON 1/3/06. 1/4/06 ENTERED AND COPIES MAILED AND E-MAILED. (jmp, ) (Entered: 01/04/2006) |
| 01/04/2006 | 100 | REPLY to Response to Motion re 70 Memorandum Re: First MOTION for Summary Judgment *Response to Separate Numbered Statement of Facts contained in Memorandum of Law Filed by Vintage Mortgage Corporation* filed by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 01/04/2006) |
| 01/03/2006 | 99 | AFFIDAVIT re 95 Response in Opposition to Motion, 89 Reply to Response to Motion, 98 Exhibit, 91 Statement, 92 Memorandum, 97 Statement, 90 Statement, 73 MOTION for Summary Judgment, 96 Memorandum *of Joan Taylor Filed in Opposition to Motions of United One Resources, Meritage,MERS,RBMG and Richard S. Blum for Summary Judgment* by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 01/03/2006) |
| 01/03/2006 | 98 | Plff's Appendix Filed in Opposition to Motions of United One Resources, Richard S. Blum, Vintage Mortgage Corporation and the Meritage Defts for Summary Judgment by JOAN TAYLOR. (jmp, ) (Entered: 01/03/2006) |
| 12/30/2005 | 97 | Statement *Plaintiff's Response to Defendant Richard S. Blum's Statement of Material Facts Not in Dispute* by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 12/30/2005) |
| 12/30/2005 | 96 | Memorandum in Opposition re 76 MOTION for Summary Judgment *of Defendant Richard S. Blum* filed by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 12/30/2005) |
| 12/30/2005 | 95 | RESPONSE in Opposition re 76 MOTION for Summary Judgment *of Defendant Richard S. Blum* filed by JOAN TAYLOR. (Attachments: # 1 Text of Proposed Order)(TYNAN, KIMBERLY) (Entered: 12/30/2005) |
| 12/28/2005 | 94 | STIPULATION of Dismissal *and Order* by WILSHIRE CREDIT CORPORATION. (BANKS, DAVID) (Entered: 12/28/2005) |
| 12/28/2005 | 93 | Second MOTION for Extension of Time to File Response/Reply *to Motions for Summary Judgment and to Opposition to Motions for Summary Judgment,* MOTION to Continue *Trial of Case Presently Scheduled For February 6, 2006 to March 2006,* MOTION Reschedule Trial Date, Reschedule Oral Argument, Exted Deadlines for Opposing Motion for Summary Judgment, Extend Deadline for Reply Briefs filed by JOAN TAYLOR.. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Text of Proposed Order Rescheduling Trial to March 2006, Rescheduling Oral Argument to February 2006, Further Extendning Deadline for Responding to Motions for Summary Judgment and for Filing Reply Briefs) (TRAUSS, IRWIN) (Entered: 12/28/2005) |
| 12/26/2005 | 92 | Memorandum in Opposition re 60 MOTION for Summary Judgment *of United One Resources* filed by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 12/26/2005) |
| 12/26/2005 | 91 | Plaintiff's Amended Statement of Facts in Opposition to Motion of United One Resources for Summary Judgment by JOAN TAYLOR. (TRAUSS, IRWIN) Modified on 12/27/2005 (cdd, ). (Entered: 12/26/2005) |
| 12/23/2005 | 90 | Statement *of Facts in Opposition to Motion of United One Resources for Summary Judgment* by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 12/23/2005) |
| 12/23/2005 | 89 | Response to Motion re 60 MOTION for Summary Judgment *of United One Resources* filed by JOAN TAYLOR. (Attachments: # 1 Text of Proposed Order)(TRAUSS, IRWIN) Modified on 12/27/2005 (cdd, ). (Entered: 12/23/2005) |
| 12/21/2005 | 88 | RESPONSE in Opposition re 75 MOTION for Partial Summary Judgment *Against Meritage Mortgage Corporation in the form of a Memorandum of Law* filed by MERITAGE MORTGAGE COMPANY, Certificate of Service. (CASS, JONATHAN) Modified on 12/22/2005 (np). (Entered: 12/21/2005) |
| 12/21/2005 | 87 | Memorandum in Opposition re 74 First MOTION for Summary Judgment *seeking partial summary Judgment against Vinatage Mortage Corporation* filed by VINTAGE FUNDING COMPANY. (SUGLIA, NICOLA) (Entered: 12/21/2005) |
| 12/16/2005 | | Set/Reset Deadlines as to 75 MOTION for Partial Summary Judgment *Against Meritage Mortgage Corporation*, 76 MOTION for Summary Judgment, 61 MOTION for Summary Judgment, 74 First MOTION for Summary Judgment *seeking partial summary Judgment against Vinatage Mortage Corporation*, 60 MOTION for Summary Judgment, 73 MOTION for Summary Judgment. MOTION HEARING SET FOR 1/4/2006 10:00 AM BEFORE HONORABLE PETRESE B. TUCKER. (jmp, ) (Entered: 12/19/2005) |
| 12/16/2005 | | Set/Reset Deadlines as to Motions for Partial Summary Judgment and for Summary Judgment. RESPONSES DUE BY 12/21/2005. REPLIES DUE BY 12/30/2005. (jmp, ) (Entered: 12/19/2005) |
| 12/16/2005 | 86 | ORDER THAT PLFF'S MOTION TO EXTEND DEADLINES FOR OPPOSING MOTIONS FOR SUMMARY JUDGMENT, TO RESCHEDULE THE HEARING ON THE MOTIONS, AND FOR LEAVE TO FILE A MEMO IN OPPOSITION TO THE MOTION OF MERITAGE MORTGAGE CORP, MORTGAGE ELECTRONIC REGISTRATION SYSTEM AND RESOURCE BANCSHARES MORTGAGE GROUP THAT EXCEEDS 25 PAGES (DOC. 85) IS GRANTED IN PART AND DENIED IN PART AS FOLLOWS: DEADLINE FOR FILING BRIEFS IN |

| | | |
|---|---|---|
| | | OPPOSITION TO MOTIONS EXTENDED TO 12/21/05, NOT TO EXCEED 25 PAGES; DEFTS PROVIDED LEAVE TO FILE A REPLY, WITH A MAXIMUM OF 10 PAGES, ON OR BEFORE FRIDAY, 12/30/05; ORAL ARGUMENTS TO BE HELD ON WEDNESDAY, 1/4/06 AT 10:00 A.M., AND THE CASE SHALL REMAIN ON TRIAL LIST ON MONDAY, FEBRUARY 6, 2006. SIGNED BY JUDGE PETRESE B. TUCKER ON 12/14/05.12/19/05 ENTERED AND COPIES MAILED AND E-MAILED. (jmp, ) (Entered: 12/19/2005) |
| 12/12/2005 | 85 | MOTION for Extension of Time to File Response/Reply as to 68 Order, Set Hearings, Set/Reset Scheduling Order Deadlines *to extend deadline for filing briefs in opposition to summary judgment motions and to reschedule hearing on summary judgment motions*, MOTION for Leave to File Excess Pages *in Brief in Opposition to Motion of Meritage Mortage Corporation, Mortage Electronic Registration System and Resource Bancshares Group for Summary Judgment* filed by JOAN TAYLOR.. (Attachments: # 1 Text of Proposed Order Extedning deadline to file briefs opposing summary judgment;rescheduling hearing on motions for summary judgment and granting Plaintiff leave to exceed page limitations)(TRAUSS, IRWIN) (Entered: 12/12/2005) |
| 12/07/2005 | 84 | CERTIFICATE OF SERVICE by JOAN TAYLOR as to service of Plaintiff's Motion for Partial Summary Judgment Against Meritage Mortgage Corporation and Exhibits to Plaintiff's Motion. Modified on 12/8/2005 (cdd, ). (Entered: 12/07/2005) |
| 12/05/2005 | 83 | ORDER THAT PLFF'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT NUNC PRO TUNC AND LEAE TO FILE EXCESS PAGES IS GRANTED. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 12/2/05.) 12/6/05 ENTERED AND COPIES MAILED AND E-MAILED. (gn, ) (Entered: 12/06/2005) |
| 12/05/2005 | 82 | Appendix to Motion of Plaintiff for Partial Summary Judgment against Defendant Vintage Mortgage Corporation filed by JOAN TAYLOR.(2 Parts) (mac, ) (Entered: 12/06/2005) |
| 12/02/2005 | 81 | PLAINTIFF JOAN TAYLOR'S EXHIBITS TO MOTION FOR PARTIAL SUMMARY JUDGMENT AGAISNT DEFENDANT MERITAGE MORTGAGE COMPANY ON CLIAMS PURSUANT TO THE EQUAL CREDIT OPPURTUNITY ACT AND PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW. (jpd) (Entered: 12/05/2005) |
| 12/01/2005 | 80 | EXHIBITS to the Motion for Summary Judgment filed by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY.(mac, ) (Entered: 12/02/2005) |
| 12/01/2005 | 79 | MOTION for Extension of Time to File *Motion tion for Summary Judgment Against Meritage Mortgage Company and to accept late fild motion nunc pro tunc*, MOTION for Leave to File Excess Pages *in Memorandum in Support of Motion for Summary Judgment Against Meritage Mortgage Corporation* filed |

| | | by JOAN TAYLOR.. (Attachments: # 1 Text of Proposed Order Granting motion to accept late filed summary judgment motion nunc pro tunc and to permit memorandum that exceeds page limit)(TRAUSS, IRWIN) (Entered: 12/01/2005) |
|---|---|---|
| 12/01/2005 | 78 | Statement *of Material Facts Not Subject to Dispute In Support of Motion for Partial Summary Judgment Against Vintage Mortgage Corporation* by JOAN TAYLOR. (TRAUSS, IRWIN) (Entered: 12/01/2005) |
| 12/01/2005 | 77 | ORDER THAT DEFTS' MERITAGE MORTGAGE COMPANY, RESOURCES BANKSHARES MORTGAGE GROUP AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS IS GRANTED IN PART AND DENIED IN PART. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 12/1/05.) 12/1/05 ENTERED AND COPIES MAILED TO PRO SE AND FAXED. (gn, ) (Entered: 12/01/2005) |
| 12/01/2005 | 75 | MOTION for Partial Summary Judgment *Against Meritage Mortgage Corporation* filed by JOAN TAYLOR.. (Attachments: # 1 Text of Proposed Order # 2 STatement of Facts in Support of Motion# 3 Table of Contents# 4 Memorandum in Support of Motion)(TRAUSS, IRWIN) (Entered: 12/01/2005) |
| 11/30/2005 | 76 | MOTION FOR SUMMARY JUDGMENT, FILED BY DEFT RICHARD S. BLUM, MEMORANDUM, CERTIFICATE OF SERVICE.(gn, ) (Entered: 12/01/2005) |
| 11/30/2005 | 74 | First MOTION for Summary Judgment *seeking partial summary Judgment against Vinatage Mortage Corporation* filed by JOAN TAYLOR.Memorandum. (Attachments: # 1 Text of Proposed Order Granting Motion for Partial Summary Judgment against Vintage Mortgage Corporation# 2 Memorandum in Supprot of Moion for Summary Judgment) (TRAUSS, IRWIN) (Entered: 11/30/2005) |
| 11/30/2005 | 73 | MOTION for Summary Judgment filed by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY.Memorandum, Certificate of Service. (Attachments: # 1)(CASS, JONATHAN) (Entered: 11/30/2005) |
| 11/30/2005 | 72 | Proposed Order RE: First MOTION for Summary Judgment filed by VINTAGE FUNDING COMPANY. (SUGLIA, NICOLA) Modified on 12/1/2005 (np). (Entered: 11/30/2005) |
| 11/30/2005 | 71 | Certificate of Service Re: First MOTION for Summary Judgment filed by VINTAGE FUNDING COMPANY. (SUGLIA, NICOLA) Modified on 12/1/2005 (np). (Entered: 11/30/2005) |
| 11/30/2005 | 70 | Memorandum of Law in Support of First MOTION for Summary Judgment filed by VINTAGE FUNDING COMPANY. (SUGLIA, NICOLA) Modified on 12/1/2005 (np). (Entered: 11/30/2005) |
| 11/29/2005 | 69 | MOTION for Leave to File *Briefs Related to Motions for Summary Judgment in Excess of Twenty-Five Pages* filed by MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE |

| | | GROUP, MERITAGE MORTGAGE COMPANY.certificate of service. (CASS, JONATHAN) (Entered: 11/29/2005) |
|---|---|---|
| 11/18/2005 | | Copy of order and envelope dated 11/8/05 returned by the U.S. Postal Service addressed to Jamilah Presley for the following reason: Attempted Not Known. (gn, ) (Entered: 11/21/2005) |
| 11/08/2005 | 68 | ORDER THAT ORAL ARGUMENT ON ALLPARTIES' MOTINS FOR SUMMARY JUDGMENT WILL BE HELD ON 12/20/05 AT 2:00PM IN COURTROOM 9B. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 11/2/05. ) 11/9/05 ENTERED AND COPIES MAILED AND E-MAILED. (gn, ) (Entered: 11/09/2005) |
| 10/26/2005 | 67 | Minute Entry for proceedings held before Judge PETRESE B. TUCKER : Telephone Conference held on 10/6/05 (gn, ) (Entered: 10/26/2005) |
| 10/13/2005 | 66 | ORDER THAT A SETTLEMENT CONFERENCE IS SET FOR 11/2/2005 AT 02:45 PM BEFORE HONORABLE PETRESE B. TUCKER IN ROOM 9613. BOTH PARTIES SHALL SUBMIT A CONFIDENTIAL SETTLEMENT MEMORANDUM TO THE COURT ON OR BEFORE 10/26/05. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 10/12/05. ) 10/13/05 ENTERED AND COPIES MAILED AND E-MAILED. (gn, ) (Entered: 10/13/2005) |
| 10/13/2005 | | Set/Reset Scheduling Order Deadlines: DISCOVERY DUE BY 10/31/2005. MOTIONS DUE BY 11/30/2005. (gn, ) (Entered: 10/13/2005) |
| 10/13/2005 | 65 | ORDER THAT PLFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND DEFTS' RICHARD BLUM, MORTGAGE ELECTRONIC REGISTRATION SYSTEM ET AL JOINT MOITION FOR LEAVE TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT ARE GRANTED IN PART AND DENIED IN PART. ALL DISCOVERY SHALL BE COMPLETED BY 10/31/05. ALL MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT SHALL BE COMPLETED BY 11/30/05. ALL BRIEFS FILED IN OPPOSITION SHALL BE FILED AND SERVED ON 12/14/05. THE CASE WILL BE PLACED ON THE COURT'S TRIAL LIST ON FEBRUARY 2006. THE COURT'S PREVIOUS ORDER (DOC. 54, FILED 6/14/05) IS MODIFIED TO REFLECT THIS CHANGE. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 10/12/05. 10/13/05 ENTERED AND COPIES MAILED AND E-MAILED. (gn, ) Modified on 10/13/2005 (gn, ). (Entered: 10/13/2005) |
| 10/13/2005 | 64 | ORDER THAT PLFF'S MOTION FOR CONTEMPT OF COURT IS GRANTED IN PART AND DENIED IN PART. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 10/12/05.) 10/13/05 ENTERED AND COPIES MAILED AND E-MAILED. (gn, ) (Entered: 10/13/2005) |
| 10/07/2005 | 63 | NOTICE of Hearing: SETTLEMENT CONFERENCE SET FOR 11/2/2005 at 02:45 PM BEFORE HONORABLE PETRESE B. TUCKER. (adr, ) (Entered: 10/07/2005) |
| 09/30/2005 | 62 | MOTION FOR LEAVE TO EXTEND DEADLINE FOR FILING MOTIONS |

| | | FOR SUMMARY JUDGMENT (14) DAYS PENDING THE COURT'S CONSIDERATION OF PLFF'S PREVIOUSLY FILED MOTION TO FURTHER EXTEND FILING DEADLINES, FILED BY DEFTS' RICHARD S. BLUM, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, MERITAGE MORTGAGE COMPANY, CERTIFICATE OF SERVICE.(Attachments: # 1 Exh A# 2 Exh B)(gn, ) (Entered: 10/03/2005) |
|---|---|---|
| 09/30/2005 | 61 | MOTION for Summary Judgment filed by WILSHIRE CREDIT CORPORATION.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order # 2 Statement of Material Facts Not in Dispute# 3 Certification of Service# 4 Memorandum of Law in Support of Motion for Summary Judgment# 5 Exhibit A (Part I) to Memo of Law in Support# 6 Exhibit A (Part II) to Memo of Law# 7 Exhibits B-D to Memo of Law) (BANKS, DAVID) (Entered: 09/30/2005) |
| 09/29/2005 | 60 | MOTION for Summary Judgment filed by UNITED ONE RESOURCES, INC..Proposed Order, Memorandum of Law, Certificate of Service. (HUDSON, CRAIG) (Entered: 09/29/2005) |
| 09/20/2005 | 59 | RESPONSE in Opposition re 58 Second MOTION for Extension of Time to Complete Discovery *and to further Extend Deadlines in Scheduling Order January 25, 2005* filed by UNITED ONE RESOURCES, INC.. (Attachments: # 1 Text of Proposed Order Order# 2 Certificate of Service)(HUDSON, CRAIG) (Entered: 09/20/2005) |
| 09/16/2005 | 58 | Second MOTION for Extension of Time to Complete Discovery *and to further Extend Deadlines in Scheduling Order* filed by JOAN TAYLOR.certification of Service. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(TRAUSS, IRWIN) (Entered: 09/16/2005) |
| 09/09/2005 | 57 | MOTION for Contempt *against Defendant Kim Nelson* filed by JOAN TAYLOR.with Rule to Show Cause, Proposed Order, Memorandum, Exhibits A-D and Certification of Service.(TRAUSS, IRWIN) (Entered: 09/09/2005) |
| 08/03/2005 | 56 | STIPULATION re 6 Answer to Complaint *and Order Concerning Allegations and Claims Against Defendant Wilshire Credit Corporation* by JOAN TAYLOR. (TRAUSS, IRWIN) (FILED IN ERROR BY ATTORNEY; COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 8/4/2005 (np). (Entered: 08/03/2005) |
| 06/23/2005 | 55 | ORDER THAT PLFF'S MOTION TO COMPEL IS GRANTED. IT IS FURTHER ORDERED THAT DEFT KIM NELSON SHALL BRING TO THE DEPOSITION ALL ORIGINAL DOCUMENTS AND WRITINGS AS DEFINED IN EXHIBIT A ATTACHED HERETO THAT RELATE TO JOAN TAYLOR. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 6/21/05.) 6/24/05 ENTERED AND COPIES MAILED AND E-MAILED. (gn, ) (Entered: 06/24/2005) |
| 06/22/2005 | | Copy of order dated 6/14/05 and envelope returned by the U.S. Postal Service and addressed to Jamilah Presley for the following reason: Attempted Not Known. (gn, ) (Entered: 06/23/2005) |

| | | |
|---|---|---|
| 06/14/2005 | 54 | ORDER THAT DISCOVERY SHALL BE COMPLETED BY 8/31/05; ALL MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT SHALL BE FILED AND SERVED ON OR BEFORE 9/30/05; ALL BRIEFS IN OPPOSITION SHALL BE FILED 10/14/05; AND THE CASE SHALL BE PLACED ON THE COURT'S TRIAL LIST ON 12/5/05. ALL TIME PERIODS IN THE 1/25/05 ORDER THAT ARE COUNTED FROM THE DATES THAT HAVE BEEN ADJUSTED ABOVE SHALL RUN FROM THE DATES AS ADJUSTED. ALL OTHER PROVISIONS OF THE ORDER OF 1/25/05 SHALL REMAIN UNCHANGED.SIGNED BY JUDGE PETRESE B. TUCKER ON 6/13/05. 6/15/05 ENTERED AND COPIES MAILED AND FAXED.(cdd, ) (Entered: 06/15/2005) |
| 06/08/2005 | | Copy of order dated 6/1/05 and envelope returned by the U.S. Postal Service for Jamilah Presely for the following reason: Attempted not known. (gn, ) (Entered: 06/08/2005) |
| 06/07/2005 | 53 | MOTION for Extension of Time to Complete Discovery *MOTION TO EXTEND THE DEADLINES CONTAINED IN THE COURT?S SCHEDULING ORDER OF JANUARY 25, 2005* filed by JOAN TAYLOR.Certificate of Service. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(TRAUSS, IRWIN) (Entered: 06/07/2005) |
| 06/03/2005 | 52 | MOTION to Compel *Attendance at Deposition and Production of Documents by Kim Nelson on Pain of Contempt* filed by JOAN TAYLOR.Certification of Service. (Attachments: # 1 Exhibit A - Notice of Deposition and request for Production# 2 Text of Proposed Order)(TRAUSS, IRWIN) (Entered: 06/03/2005) |
| 06/01/2005 | 51 | ORDER THAT THE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT IS EXTENDED (30) DAYS FROM THE DATE OF THIS ORDER. ALL DISPOSITIE MOTIONS ARE DUE ON 7/1/05. ALL BRIEFS FILED IN OPPOSITION SHALL BE FILED AND SERVED ON 7/15/05. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 5/31/05. ) 6/1/05 ENTERED AND COPIES MAILED TO PRO SE AND E-MAILED.(gn, ) (Entered: 06/01/2005) |
| 01/31/2005 | 50 | SCHEDULING ORDER: ALL DISCOVERY DUE BY 4/29/2005. ALL MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT SHALL BE FILED BY 5/27/2005. TRIAL POOL SET FOR 8/1/2005. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 1/25/05. ) 1/31/05 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (gn, ) (Entered: 01/31/2005) |
| 01/13/2005 | 49 | ORDER THAT COUNSEL FOR PLFF AND DEFTS SHALL CONTACT THE COURT BY LETTER WITHIN (10) DAYS OF THE DATE OF THIS ORDER INDICATING THE STATUS OF THE CASE, TO INCLUDE: (1) THE STATUS DISCOVERY; (2) WHETHER HERE HAVE BEEN SETTLEMENT NEGOTIATIONS, AND (3) A PROPOSED SCHEDULE OF DEADLINES FOR DISPOSITIVE MOTIONS AND A PROPOSED TRIAL DATE. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 1/10/05. ) 1/14/05 ENTERED AND COPIES MAILED, E-MAILED AND FAXED. (gn, ) (Entered: 01/14/2005) |

| 09/30/2004 | 48 | Statement *and Settlement Conference Summary* by MERITAGE MORTGAGE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, Certificate of Service. (BERNHEIM, DANIEL) Modified on 10/1/2004 (np). (Entered: 09/30/2004) |
| --- | --- | --- |
| 07/28/2004 | 47 | ORDER THAT A SETTLEMENT CONFERENCE IN THE CASE WILSL BE HELD ON 10/7/04 AT 2:00PM IN ROOM 3042. ( SIGNED BY JUDGE LINDA K. CARACAPPA ON 7/27/04. ) 7/28/04 ENTERED AND COPIES MAILED AND FAXED.(gn, ) (Entered: 07/29/2004) |
| 04/20/2004 | 46 | NOTICE of Withdrawal of Appearance by JANESA URBANO on behalf of UNITED ONE RESOURCES, INC. and Entry of appearance of CRAIG S. HUDSON on behalf of deft UNITED RESOURCES, INC. (gn, ) (Entered: 04/21/2004) |
| 09/18/2003 | 45 | ENTRY of Appearance by JANESA URBANO on behalf of UNITED ONE RESOURCES, INC. and Withdrawl of Appearance by TIMOTHY J. BLOH on behalf of UNITED ONE RESOURCES. (rv, ) (Entered: 09/18/2003) |
| 08/18/2003 | 44 | Papers 1-4 transferred from 02-5781 to 02-6558 pursuant to the order dated 8/18/03. (gn, ) (Entered: 08/19/2003) |
| 08/18/2003 | 43 | ORDER THAT PLFF'S MOTION TO VOLUNTARILY DISMISS THE ACTION WITHOUT PREJUDICE IS GRANTED. THE CLERK OF THE COURT SHALL DOCKET COPIES OF ALL DOCUMENTS (DOCUMENTS 1-4) THAT WERE FILED IN THE ABOVE CAPTION IN THE DUPLICATE CASE 02-6558. IT IS FURTHER ORDERED THAT THE CLERK OF COURT SHALL MARK THIS CASE CLOSED. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 8/14/03. ) 8/19/03 ENTERED AND COPIES MAILED AND FAXED.(gn, ) (Entered: 08/19/2003) |
| 07/31/2003 | 42 | ORDER REFERRING CASE TO MAGISTRATE JUDGE LINDA K. CARACAPPA FOR A SETTLEMENT CONFERENCE. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 7/29/03. ) 8/1/03 ENTERED AND COPIES MAILED AND FAXED.(gn, ) (Entered: 08/01/2003) |
| 07/31/2003 | 41 | ORDER DENYING AS MOOT 37 MOTION TO COMPEL. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 7/29/03.) 8/1/03 ENTERED AND COPIES MAILED AND FAXED. (gn, ) (Entered: 08/01/2003) |
| 07/30/2003 | 40 | Disclosures by deft RICHARD S. BLUM, Certificate of Service.(gn, ) (Entered: 07/30/2003) |
| 07/25/2003 | 39 | CERTIFICATE OF SERVICE by attorney Irwin Trauss, Esq. on behalf of plff JOAN TAYLOR re: served a copy of plff's answers to deft Vintage Mortgage Corp.'s interrogatories, request for production of documents and response and copies of all documents upon L. O'Neill, Esq., (gn, ) (Entered: 07/28/2003) |
| 07/25/2003 | 38 | CERTIFICATE OF SERVICE by Irwin Trauss attorney for plff JOAN TAYLOR re: served a copy of plff's response to the request for production of |

| | | documents of Vintage Mortgage Corp. and also answerts to deft Vintage Mortgate Corp.'s Interrogatories upon A. Hinkel Esq., D. Banks Esq., M. Kermf Esq., Esq., D. Bernheim, III, Esq., T. Bloh, Esq., J. Presley,Esq., K. Nelson. (gn, ) (Entered: 07/28/2003) |
|---|---|---|
| 07/18/2003 | 37 | MOTION TO COMPEL FILED BY DEFT VINTAGE FUNDING COMPANY, MEMORANDUM.(gn, ) (Entered: 07/21/2003) |
| 07/09/2003 | 36 | NOTICE of Hearing:Rule 16 Conference set for 7/29/2003 09:00 AM in JUDGE'S CHAMBERS before HONORABLE PETRESE B. TUCKER. (adr) (Entered: 07/09/2003) |
| 06/30/2003 | 35 | ORDER DENYING WITHOUT PREJUDICE 25 MOTION TO COMPEL. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 6/30/03.) 7/1/03 ENTERED AND COPIES MAILED AND FAXED. (gn, ) (Entered: 07/01/2003) |
| 06/11/2003 | 34 | ORDER DENYING 27 MOTION TO DISMISS COUNTS II-V. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 6/10/03.) 6/12/03 ENTERED AND COPIES MAILED AND FAXED. (gn, ) (Entered: 06/12/2003) |
| 05/28/2003 | 33 | ANSWER to crossclaim filed by deft WILSHIRE CREDIT CORPORATION, Certificate of Service.(gn, ) (Entered: 05/28/2003) |
| 05/28/2003 | 32 | ANSWER to crossclaim by defts' MERITAGE MORTGAGE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, Certificate of Service.(gn, ) Additional attachment(s) added on 8/14/2003 (bj, ). (Entered: 05/28/2003) |
| 05/12/2003 | 31 | ANSWER to Complaint with Affirmative Defenses together with crossclaims by deft RICHARD S. BLUM, Certificate of Service.(gn, ) (Entered: 05/13/2003) |
| 03/31/2003 | 30 | MEMORANDUM AND ORDER DENYING 10 MOTION TO DISMISS. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 3/27/03.) 4/1/03 ENTERED AND COPIES MAILED AND FAXED. (gn, ) (Entered: 04/01/2003) |
| 02/14/2003 | 29 | ANSWER to crossclaim by deft RICHARD S. BLUM to deft Vintage Mortgage Corp., Certificate of Service.(gn, ) (Entered: 02/14/2003) |
| 02/14/2003 | 28 | ANSWER to crossclaim by deft RICHARD S. BLUM to deft Meritage Mortgage Co, Resource Bancshares Mortgage Group and Mortgage Electronic registration system, Certificate of Service.(gn, ) (Entered: 02/14/2003) |
| 02/05/2003 | 27 | DEFENDANT, VINTAGE FUNDING COMPANY'S MOTION TO DISMISS, MEMORANDUM.(fdc) (Entered: 02/05/2003) |
| 01/29/2003 | | Default Entered (gn, ) (Entered: 01/30/2003) |
| 01/29/2003 | | DEFAULT BY KIM NELSON, JAMILAH PRESLEY FOR FAILURE TO APPEAR, PLEAD OR OTHERWISE DEFEND. (gn, ) (Entered: 01/30/2003) |
| 01/29/2003 | 26 | Request for Default by plff JOAN TAYLOR against defts' KIM NELSON, |

| | | JAMILAH PRESLEY, Certificate of Service. (gn, ) (Entered: 01/30/2003) |
|---|---|---|
| 01/08/2003 | 25 | MOTION TO COMPEL FILED BY DEFENDANT VINTAGE FUNDING COMPANY, CERTIFICATE OF COUNSEL.(mbh, ) (Entered: 01/09/2003) |
| 01/08/2003 | 24 | Initial Disclosures Made Pursuant to Fed.R.Civ.P.26(a)(1) by Defendant WILSHIRE CREDIT CORPORATION, Certificate of Service.(ar, ) (Entered: 01/08/2003) |
| 12/13/2002 | 23 | SUMMONS Returned Executed by JOAN TAYLOR. KIM NELSON served on 12/13/2002, answer due 1/2/2003. (gn, ) (Entered: 12/16/2002) |
| 12/04/2002 | | Alias Summons Issued as to KIM NELSON (jl, ) (Entered: 12/05/2002) |
| 12/04/2002 | 22 | PRAECIPE TO ISSUE ALIAS SUMMONS UPON DEFENDANT KIM NELSON, CERTIFICATE OF SERVICE. by JOAN TAYLOR. (jl, ) (Entered: 12/05/2002) |
| 12/04/2002 | 21 | ANSWER to deft Wilshire Credit Corp. crossclaim filed by deft RICHARD S. BLUM, Certificate of Service.(gn, ) Additional attachment(s) added on 4/21/2003 (mc, ). (Entered: 12/04/2002) |
| 11/12/2002 | 20 | RESPONSE to motion of deft Richard Blum to dismiss Counts II and III of the complaint against him filed by plff filed by JOAN TAYLOR, Memorandum, Certificate of Service. (gn, ) (Entered: 11/12/2002) |
| 10/17/2002 | 19 | Original Record together with certified copy of docket entries received from Court of Common Pleas of Philadelphia County. (gn, ) (Entered: 10/18/2002) |
| 10/16/2002 | 18 | ORDER THAT PLFF'S TIME TO FILE A RESPONSE TO RE 10 MOTION TO DISMISS SHALL BE EXTENDED UNTIL 10/20/02. RESPONSE DUE BY 10/20/02. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 10/7/02.) 10/17/02 ENTERED AND COPIES MAILED.(gn, ) (Entered: 10/23/2002) |
| 10/09/2002 | 17 | Answer filed by DEFENDANT MERITAGE MORTGAGE COMPANY, DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEFENDANT RESOURCES BANCHARES MORTGAGE GROUP to Crossclaim of VINTAGE FUNDING COMPANY, Certificate of Service. (mbh, ) (Entered: 10/09/2002) |
| 10/09/2002 | 16 | Answer filed by DEFENDANT MERITAGE MORTGAGE COMPANY, DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEFENDANT RESOURCES BANCHARES MORTGAGE GROUP to Crossclaim of WILSHIRE CREDIT CORPORATION, Certificate of Service. (mbh, ) (Entered: 10/09/2002) |
| 10/09/2002 | 15 | Notice of Appearance by DANIEL S. BERNHEIM on behalf of DEFENDANT MERITAGE MORTGAGE COMPANY, DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEM, DEFENDANT RESOURCES BANCHARES MORTGAGE GROUP, Certificate of Service. (mbh, ) (Entered: 10/09/2002) |
| 10/03/2002 | 14 | ANSWER to crossclaim by deft's MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE |

|  |  |  |
|---|---|---|
|  |  | GROUP, WILSHIRE CREDIT CORPORATION, Certificate of Service:(gn, ) (Entered: 10/03/2002) |
| 10/01/2002 | 13 | STIPULATION AND ORDER THAT THE TIME WITHIN WHICH DEFTS' MERITAGE MORTGAGE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP HAVE TO ANSWER PLFF'S COMPLAINT IS EXTENDED TO 9/30/02. ( SIGNED BY JUDGE PETRESE B. TUCKER ON 9/24/02.) 10/1/02 ENTERED AND COPIES MAILED AND FAXED.(gn, ) Modified on 10/1/2002 (gn, ). (Entered: 10/01/2002) |
| 09/27/2002 | 12 | ANSWER to Complaint by defts' MERITAGE MORTGAGE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, RESOURCES BANCHARES MORTGAGE GROUP, together with crossclaim against co-defts' KIM NELSON, VINTAGE FUNDING COMPANY, RICHARD S. BLUM, UNITED ONE RESOURCES AND JAMILAH PRESLEY, Certificate of Service.(gn, ) (Entered: 09/30/2002) |
| 09/11/2002 | 11 | NOTICE of Appearance by DANIEL S. BERNHEIM on behalf of defts' MERITAGE MORTGAGE COMPANY, RESOURCES BANCHARES MORTGAGE GROUP, Certificate of Service. (gn, ) (Entered: 09/12/2002) |
| 08/30/2002 | 10 | MOTION BY DEFT RICHARD S. BLUM TO DISMISS, MEMORANDUM, CERTIFICATES OF SERVICE.` (md, ) (Entered: 09/03/2002) |
| 08/28/2002 | 9 | Withdrawal of Appearance of JEFFREY M. LINDY, ESQUIRE FOR DEFENDANT UNITED ONE RESOURCES, INC., and Entry of Appearance of TIMOTHY J. BLOH, ESQ. on behalf of UNITED ONE RESOURCES, INC. (cdd, ) (Entered: 08/29/2002) |
| 08/28/2002 |  | Issue Joined (fdc, ) (Entered: 08/29/2002) |
| 08/28/2002 | 8 | Answer of DEFENDANT, WILSHIRE CREDIT CORPORATION to the Complaint of PLAINTIFF JOAN TAYLOR, together with Cross-Claims and Affirmative Defenses, Certificate of Service.(fdc) (Entered: 08/29/2002) |
| 08/28/2002 | 7 | WILSHIRE CREDIT CORPORATION'S Answer to VINTAGE FUNDING COMPANY'S Cross-Claims, Certificate of Service.(fdc) (Entered: 08/29/2002) |
| 08/28/2002 | 6 | ANSWER and Affirmative Defenses to Complaint together with Crossclaims by WILSHIRE CREDIT CORPORATION,Certificate of Service.(rv, ) (Entered: 08/28/2002) |
| 08/22/2002 | 5 | DEFENDANT VINTAGE MORTGAGE CORPORATION'S (Incorrectly named as "Vintage Funding Company) Answer to PLAINTIFF'S Complaint together with Affirmative Defenses and Cross-Claims, Certificate of Service. (fdc) (Entered: 08/22/2002) |
| 08/20/2002 | 4 | NOTICE of Appearance by ANTHONY W. HINKLE [] on behalf of RICHARD S. BLUM [dft] with Jury Demand (gn, ) (Entered: 08/20/2002) |
| 08/15/2002 | 3 | ANSWER by deft WILSHIRE CREDIT CORPORATION to crossclaim filed by UNITED ONE RESOURCES, INC., Certificate of Service.(gn, ) (Entered: |

| | | 08/15/2002 | |
|---|---|---|---|
| 08/06/2002 | 2 | ANSWER to Complaint with Jury Demand by deft UNITED ONE RESOURCES, INC. together with crossclaims and affirmative defenses, Certificate of Service.(gn, ) Additional attachment(s) added on 6/3/2003 (vw, ). (Entered: 08/07/2002) | |
| 08/02/2002 | 1 | NOTICE OF REMOVAL by UNITED ONE RESOURCES, INC. [dft] from Philadelphia, case number 2002-000203 and Certificate of Service (Filing fee $ 150 receipt number 799476) (ss, ) (Entered: 08/06/2002) | |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/30/2008 12:04:43 | | |
| PACER Login: | wg0009 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:02-cv-06558-PBT |
| Billable Pages: | 14 | Cost: | 1.12 |

EXHIBIT "C"

# FDIC®

**Federal Deposit Insurance Corporation**
1910 Pacific Ave. Dallas TX, 75201

Division of Resolutions and Receiverships

October 26, 2007

Silverman, Bernheim & Vogel, P.C.
C/o Daniel S. Bernheim
Wilentz, Goldman & Spitzer
2 Penn Center Plaza, Ste. 910
Philadelphia, PA 19102

SUBJECT:    10001 – NetBank
Alpharetta, GA – In Receivership
Closing Date: September 28, 2007
Claims Bar Date: January 02, 2008
**NOTICE TO CREDITOR - PROOF OF CLAIM**

Dear Sir or Madam:

On September 28, 2007 (the "Closing Date"), the Office of Thrift Supervision closed NetBank, Alpharetta, GA, 30005 (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver").

The records of the Failed Institution (or information that has come to the attention of the Receiver) indicate that you may have a claim against the Failed Institution. If, in fact, you do not have a claim against the Failed Institution, please disregard this notice.

For the Receiver to consider your claim, you must do ALL of the following:

*   Complete the enclosed Proof of Claim Form
*   Sign the Proof of Claim Form
*   Provide supporting documentation

You must present the properly completed Proof of Claim Form and the supporting documentation to the Receiver on or before the Claims Bar Date referenced in the above subject caption. If you do not file your claim on or before the Claims Bar Date, the Receiver will disallow your claim. Return the completed Proof of Claim Form, along with the supporting documentation, to the following address:

FDIC as Receiver of
NetBank
1910 Pacific Avenue
Dallas, TX 75201
Attention: Jim Bennett

After the Receiver receives your claim, the Receiver has up to 180 days to review and determine whether to allow or disallow your claim. Pursuant to 12 U.S.C. Section 1821(d)(6), if the Receiver notifies you of the disallowance of your claim, or if you do not receive a notice of disallowance before the end of the 180-day period, you have the right to file a lawsuit on your claim (or continue any lawsuit commenced before the appointment of the Receiver). Your lawsuit must be filed within 60 days after the date of the notice of disallowance by the Receiver OR within 60 days after the end of the 180-day period, **whichever is earlier.** You must file your lawsuit either in the United States District (or Territorial) Court for the District where the failed institution's principal place of business was located or in the United States District Court for the District of Columbia.

IF YOU DO NOT FILE A LAWSUIT (or continue any lawsuit commenced before the appointment of the Receiver) BEFORE THE END OF THE 60-DAY PERIOD, THE DISALLOWANCE OF YOUR CLAIM WILL

RLS7212

EXHIBIT "D"

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Dallas, TX 75201                                    Division of Resolutions and Receiverships

CERTIFIED MAIL
RETURN RECEIPT REQUESTED – 7002 0860 0002 2113 6275

January 3, 2008

Silverman, Bernheim & Vogel, P.C.
C/o Daniel S. Bernheim
Wilentz, Goldman & Spitzer
2 Penn Center Plaza, Ste. 910
Philadelphia, PA 19102

SUBJECT:    10001– NetBank
            Alpharetta, GA – In Receivership
            <u>NOTICE OF DISALLOWANCE OF CLAIM</u>

Dear Claimant:

The Receiver of NetBank has reviewed your claim against the receivership. After a thorough review of your filed claim along with your supporting documentation, the Receiver has determined to disallow your claim for the following reason(s):

> Your claim is against Meritage Mortgage. Meritage is an active sub of NetBank. The Receiver for NetBank is not responsible for claims against the sub. Please contact Bill Thomas at (972) 761-8026 to pursue your claim against Meritage.

Pursuant to 12 U.S.C. Section 1821 (d) (6), if you do not agree with this disallowance, you have the right to file a lawsuit on your claim (or continue any lawsuit commenced before the appointment of the Receiver), in the United States District (or Territorial) Court for the District within which the failed institution's principal place of business was located or the United States District Court for the District of Columbia within 60 days from the date of this notice.

**IF YOU DO NOT FILE A LAWSUIT** (or continue any lawsuit commenced before the appointment of the Receiver) **BEFORE THE END OF THE 60-DAY PERIOD, THE DISALLOWANCE WILL BE FINAL, YOUR CLAIM WILL BE FOREVER BARRED AND YOU WILL HAVE NO FURTHER RIGHTS OR REMEDIES WITH RESPECT TO YOUR CLAIM. 12 U.S.C. Section 1821(d)(6)(B).**

However, if a portion of your claim is for an insured deposit, your claim is not against the Receiver but rather is against the FDIC in its "corporate" capacity as deposit insurer. An insured depositor's rights are prescribed in 12 U.S.C. Section 1821(f) and differ from the rights described in the preceding paragraphs.

If you have any questions about this letter, please contact the undersigned at (972) 761-2665.

Sincerely,

Jeffry M. Quick
Claims Department

RLS7218

EXHIBIT "E"

# FDIC

**Federal Deposit Insurance Corporation**
1601 Bryan Street, Attn: Claims Dept. Dallas, TX 75201
Dallas Field Operations Branch

(800) 568-9161 x 2665  (972)761-2665
Division of Resolutions and Receiverships

February 28, 2007


Silverman, Bernheim & Vogel, P.C.
c/o Wilentz, Goldman & Spitzer
Attn: John Bart
2 Penn Center Plaza, Ste. 910
Philadelphia, PA 19102

Subject:     FIN 10001 – NetBank
             Alpharetta, GA - In Receivership
             <u>General Trade Creditor Claim</u>

Dear Mr. Bart:

Per our conversation this morning, your claim against NetBank has been submitted for reconsideration. Therefore, the 60 day deadline mentioned in my letter of January 3, 2008 is no longer in effect. After the reconsideration is complete, you swill received additional correspondence which, if necessary, will include a new extended deadline.

If you have questions, please feel free to contact me at the above address or by phone at (972) 761-2665.

Sincerely,

Jeffry M. Quick
Claims Specialist
FDIC – Dallas


cc: Silverman, Bernheim by FAX

# EXHIBIT "F"

C/O Federal Deposit Insurance Corp
1601 Bryan Street
Dallas, TX 75201-4586

If you have questions contact:
Customer Service
Phone:     888 2064662

TEP84840_1015_2029 1 of 2

SILVERMAN BERNHEIM AND VOGEL
2 PENN CENTER PLAZA
SUITE 910
PHILADELPHIA, PA 19102

### Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown** may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained for box 7 below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your tax return.

**Boxes 1 and 2.** Report rents from real estate on Schedule E (Form 1040). If you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business, report on Schedule C or C-EZ (Form 1040). For royalties on timber, coal, and iron ore, see Pub. 544, Sales and Other Dispositions of Assets.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or payments by employers to former employees who are serving in the Armed Forces or the National Guard, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold at a 28% rate if you did not furnish your taxpayer identification number. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C or C-EZ (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C or C-EZ (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If payments in this box are SE income, report this amount on Schedule C, C-EZ, or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare taxes. Contact the payer if you believe this form is incorrect or has been issued in error. If you believe you are an employee, report this amount on line 7 of Form 1040 and call the IRS for information on how to report any social security and Medicare taxes or see Form 8919, Uncollected Social Security and Medicare Tax on Wages.

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040.

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C or C-EZ (Form 1040).

**Box 10.** Report this amount on line 8 of Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** Shows current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A. Any earnings on current and prior year deferrals are also reported.

**Box 15b.** Shows income as a nonemployee under a NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040. See "Total Tax" in the Form 1040 instruction.

**Box 16-18.** Shows state or local income tax withheld from the payments.

| | | | CORRECTED (if checked) | | |
|---|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | **1** Rents $ | | OMB No. 1545-0115 **2007** Form **1099-MISC** | **Miscellaneous Income** |
| Meritage Mortgage Corporation C/O Federal Deposit Insurance Corp 1601 Bryan Street Dallas, TX 75201-4586 | | **2** Royalties $ | | | |
| | | **3** Other income $ | **4** Federal income tax withheld $ | | Copy B For Recipient |
| PAYER'S federal identification number 93-1186856 | RECIPIENT'S identification number 23-2707692 | **5** Fishing boat proceeds $ | **6** Medical and health care payments $ | | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code SILVERMAN BERNHEIM AND VOGEL 2 PENN CENTER PLAZA SUITE 910 PHILADELPHIA, PA 19102 | | **7** Nonemployee compensation $ 17,568.50 | **8** Substitute payments in lieu of dividends or interest $ | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | **9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | **10** Crop insurance proceeds $ | | |
| | | **11** | **12** | | |
| Account number (see instructions) | | **13** Excess golden parachute payments $ | **14** Gross proceeds paid to an attorney $ | | |
| **15a** Section 409A deferrals $ | **15b** Section 409A income $ | **16** State tax withheld $ | **17** State/Payer's state no. PA / | **18** State income $ | |

Form **1099-MISC**                    (keep for your records)                    Department of the Treasury - Internal Revenue Service

7H8021 4.000