CO-386-online
10/03

# United States District Court
# For the District of Columbia

SILVERMAN BERNHEIM & VOGEL )
)
)
)
vs  Plaintiff )  Civil Action No._____
)
NET BANK ALFREDA GEORGIA IN )
RECEIVERSHIP, FEDERAL DESPOIT INSURANCE )
CORP., RECEIVER; CREDIT SUISSE, U.S.A., )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __SILVERMAN BERNHEIM & VOGEL__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __SILVERMAN BERNHEIM & VOGEL, P.C.__ which have any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ signature_
Signature

Bar No. 483250                          Kathleen R. Hartnett, SPIVA & HARTNETT LLP
BAR IDENTIFICATION NO.                  Print Name

                                        1776 Massachusetts Avenue, N.W., Suite 600
                                        Address

                                        Washington, D.C.  20036
                                        City            State           Zip Code

                                        (202) 785-0601
                                        Phone Number