# United States District Court
# For the District of Columbia

Silverman Burnheim & Vogel PC )
      Plaintiff(s) ) **APPEARANCE**
 )
 )
      vs. ) CASE NUMBER 1:08 cv 00943
Netbank Alfreda Georgia/FDIC Receiver; )
and Credit Suisse USA )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Dina L. Biblin  as counsel in this
      (Attorney's Name)

case for:  FDIC as Receiver for NetBank, Alfreda Georgia
      (Name of party or parties)

June 11, 2008
Date

      *Dina L. Biblin*
      Signature

DC Bar #270298
BAR IDENTIFICATION

Dina L. Biblin
Print Name

FDIC Legal Division, 3501 N. Fairfax Drive, # D-7050
Address

Arlington, VA 22226
City    State    Zip Code

703-562-2372
Phone Number