AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SILVERMAN BERNHEIM & VOGEL )
             Plaintiff(s) )   **APPEARANCE**
)
vs. )   CASE NUMBER   1:08-cv-00943-RBW
NET BANK ALFREDA GEORGIA IN RECEIVERSHIP, )
FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER )
and CREDIT SUISSE, USA )
             Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jonathan J. Bart, Esquire   as counsel in this
                                    (Attorney's Name)

case for:   Silverman Bernheim & Vogel
                   (Name of party or parties)

7/25/08
Date

*(signature)*
Signature

PA0026
BAR IDENTIFICATION

Jonathan J. Bart, Esquire
Print Name

Two Penn Center, Suite 910
Address

Philadelphia, PA   19102
City       State       Zip Code

215-636-4466
Phone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SILVERMAN BERNHEIM & VOGEL, P.C.
Two Penn Center Plaza, Suite 910
Philadelphia, PA 19102
   Plaintiff,

v.

NET BANK ALFREDA GEORGIA
IN RECEIVERSHIP, FEDERAL DEPOSIT
INSURANCE CORPORATION, RECEIVER
AND
CREDIT SUISSE, USA
   Defendants.

No. 1:08-cv-00943-RBW

---

## CERTIFICATE OF SERVICE

I, JONATHAN J. BART, certify that on July 25, 2008, I caused a true and correct copy of the foregoing pleading to be served in accordance with the instructions as directed by the notice of electronic filing, upon the following:

Dina L. Biblin, Esquire
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 North Fairfax Drive
Room D-7050
Arlington, VA 22226

CREDIT SUISSE, USA
11 Madison Avenue
New York, NY 10010

**WILENTZ, GOLDMAN & SPITZER, P.A.**

Date: July 25, 2008  BY: /s/ Jonathan J. Bart
           Jonathan J. Bart, Esquire
           Attorney for Plaintiff,
           Silverman Bernheim & Vogel

#3068898 (999999.185)