UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SILVERMAN BERNHEIM & VOGEL, P.C.  :
Two Penn Center Plaza, Suite 910   :
Philadelphia, PA  19102            :   No. 1:08-cv-00943-RBW
      Plaintiff,              :
                                   :
v.                                 :
                                   :
NET BANK ALFREDA GEORGIA           :
IN RECEIVERSHIP, FEDERAL DEPOSIT   :
INSURANCE CORPORATION, RECEIVER    :
AND                                :
CREDIT SUISSE, USA                 :
      Defendants.             :

---

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b) for the United States District Court for the District of Columbia, the undersigned provides notice of withdrawal of appearance.  The client, Silverman Bernheim & Vogel, P.C., consents to this withdrawal as another attorney has previously entered an appearance on its behalf.

            SPIVA & HARTNETT LLP

Date: July 25, 2008      By: _____
            Kathleen R. Hartnett, Esquire
            1776 Massachusetts Avenue, N.W.
            Suite 600
            Washington, D.C. 20036
            (202) 785-0601 (phone)
            (202) 785-0697 (fax)
            khartnett@spivahartnett.com

            SILVERMAN BERNHEIM & VOGEL, P.C.

Date: July 25, 2008      By: _____
            Daniel S. Bernheim, 3d, Esquire

#3068936 (999999.185)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| SILVERMAN BERNHEIM & VOGEL, P.C.<br>Two Penn Center Plaza, Suite 910<br>Philadelphia, PA 19102<br>            Plaintiff, | :<br>:<br>:<br>:    No. 1:08-cv-00943-RBW<br>: |
| v. | : |
| NET BANK ALFREDA GEORGIA<br>IN RECEIVERSHIP, FEDERAL DEPOSIT<br>INSURANCE CORPORATION, RECEIVER<br>AND<br>CREDIT SUISSE, USA<br>            Defendants. | :<br>:<br>:<br>:<br>:<br>: |

---

**CERTIFICATE OF SERVICE**

I, Kathleen R. Hartnett, Esquire, certify that on July 25, 2008, I caused a true and correct copy of the foregoing pleading to be served in accordance with the instructions as directed by the notice of electronic filing, upon the following:

Dina L. Biblin, Esquire
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 North Fairfax Drive
Room D-7050
Arlington, VA 22226

CREDIT SUISSE, USA
11 Madison Avenue
New York, NY 10010

                                        SPIVA & HARTNETT LLP

Date: July 25, 2008                    BY: _____
                                        Kathleen R. Hartnett, Esquire