IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVERMAN BERNHEIM & VOGEL, PC, <br><br> Plaintiff, <br><br> v. <br><br> NETBANK ALFREDA GEORGIA IN RECEIVERSHIP, FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER <br><br> and <br><br> CREDIT SUISSE, USA, <br><br> Defendants. | Civil Action No. 1:08-cv-943 (RBW) |

## ANSWER OF DEFENDANT CREDIT SUISSE (USA), INC.

Defendant Credit Suisse (USA), Inc. ("Credit Suisse"), answers plaintiff Silverman Bernheim & Vogel, P.C.'s ("Plaintiff") Complaint as follows:

### SUMMARY OF THE ACTION

1. Credit Suisse avers that the allegations of this paragraph contain descriptive material to which no response is required. In addition, Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

### THE PARTIES

2. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

3. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

4. Admitted.

## JURISDICTION AND VENUE

5. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, Credit Suisse denies the allegations of this paragraph.

6. The allegations of this paragraph are legal conclusions to which no response is required. To the extent a response is required, Credit Suisse denies the allegations of this paragraph.

7. Denied.

## FACTUAL BACKGROUND AND CLAIMS

8. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

9. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

10. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

11. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

12. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

13. Denied.

14. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

15. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

### COUNT I – SBV V. FDIC 12 U.S.C. §1821(d)(6)

16. Credit Suisse repeats and incorporates by reference its responses to the allegations in Paragraphs 1 through 15 of the Complaint

17. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

18. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

19. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

20. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

21. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

22. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

23. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

24. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

25. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

26. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

27. Credit Suisse avers that it lacks knowledge sufficient to form a belief about the truth of the allegations of this paragraph and, on that basis, denies the same.

## COUNT II – ALTERNATIVE CLAIM: SBV V. CREDIT SUISSE

28. Credit Suisse repeats and incorporates by reference its responses to the allegations in Paragraphs 1 through 27 of the Complaint

29. Denied.

30. Denied.

Credit Suisse denies each and every allegation of the Complaint not heretofore specifically admitted.

## AFFIRMATIVE AND OTHER DEFENSES

Credit Suisse asserts affirmative and other defenses to the Complaint as follows:

1. Plaintiff fails to state a claim upon which relief can be granted.

2. Plaintiff lacks standing or capacity to sue.

3. Plaintiff's claims are barred by the applicable statutes of limitations or repose.

4. Plaintiff's claims are moot.

5. Plaintiff's claims are unripe.

6. Plaintiff failed to mitigate its alleged damages.

7. Plaintiff's claims are barred by the doctrines of res judicata and collateral estoppel.

8. Plaintiff's claims are barred by the doctrine of laches.

9. Plaintiff's claims are barred by the doctrines of waiver and estoppel.

10. Plaintiff's claims are barred by the doctrine of accord and satisfaction.

11. Plaintiff's claims are barred to the extent they lack a basis in fact or law.

12. Plaintiff's claims are barred or reduced by its assumption of the risk, contributory negligence, mistake, or fraud.

13. Plaintiff's claims are barred or reduced to the extent any injury to plaintiff was caused by the acts or omissions of third parties for whom Credit Suisse is not responsible.

14. Plaintiff is barred from entitlement to any relief by virtue of its unclean hands and breaches of its statutory, common law, and other duties.

15. Credit Suisse is entitled to an offset of any liability it may have.

16. Plaintiff's claims are barred by any other matter constituting an avoidance or affirmative defense on legal or equitable grounds. To the extent that Plaintiff failed to set forth its claims with sufficient particularity to permit Credit Suisse to determine all applicable and available defenses, Credit Suisse reserves the right to amend or supplement this Answer with additional defenses when and if such information is ascertained.

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By: /s/David M. Souders
David M. Souders (Bar No. 441491)
1300 19th Street, NW, Fifth Floor
Washington, DC 20036-1609
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
Email: souders@wbsk.com
Counsel for Credit Suisse (USA), Inc.

F:\99595\002\ldms Answer.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2008, a copy of the foregoing Answer of Defendant Credit Suisse (USA), Inc., was served via electronic notification upon the following:

Jonathan James Bart
Wilentz Goldman & Spitzer, PA
Two Penn Center, Suite 910
Philadelphia, PA 19102

Dina L. Biblin
FDIC Legal Division
3501 North Fairfax Drive
Room D-7050
Arlington, VA 22226

  /s/ David M. Souders
David M. Souders (Bar No. 441491)