IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVERMAN BERNHEIM & VOGEL, PC, <br><br> Plaintiff, <br><br> v. <br><br> NETBANK ALFREDA GEORGIA IN RECEIVERSHIP, FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER <br><br> and <br><br> CREDIT SUISSE, USA, <br><br> Defendants. | Civil Action No. 1:08-cv-943 (RBW) |

**DEFENDANT CREDIT SUISSE (USA), INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Rule 7.1, counsel for defendant Credit Suisse (USA), Inc. ("Credit Suisse"), states as follows:

I, the undersigned counsel of record for defendant Credit Suisse, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Credit Suisse, which have any outstanding securities in the hands of the public:

> Credit Suisse (USA), Inc. (formerly named Credit Suisse First Boston (USA), Inc.) is 100% owned by Credit Suisse Holdings (USA), Inc. (formerly named Credit Suisse First Boston, Inc.) which is owned 57% (voting) by Credit Suisse and 43% (voting) by Credit Suisse Group AG Guernsey Branch, whose shares are traded on the Swiss Stock Exchange.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By: /s/David M. Souders
David M. Souders (Bar No. 441491)
1300 19th Street, NW, Fifth Floor
Washington, DC 20036-1609
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
Email: souders@wbsk.com
Counsel for Credit Suisse (USA), Inc.

F:\99595\002\ldms Corporate Disclosure.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2008, a copy of the foregoing Corporate Disclosure Statement of Defendant Credit Suisse (USA), Inc., was served via electronic notification upon the following:

Jonathan James Bart
Wilentz Goldman & Spitzer, PA
Two Penn Center, Suite 910
Philadelphia, PA 19102

Dina L. Biblin
FDIC Legal Division
3501 North Fairfax Drive
Room D-7050
Arlington, VA 22226

      /s/ David M. Souders
David M. Souders (Bar No. 441491)