IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVERMAN BERNHEIM & VOGEL )<br>   Plaintiffs )<br>)<br>v. )<br>) Case No. 1:08-cv-00943<br>FDIC as RECEIVER FOR NETBANK ) Judge Reggie B. Walton<br>and )<br>CREDIT SUISSE, USA )<br>   Defendants ) | |

DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER's
CONSENT MOTION FOR ENLARGEMENT OF TIME

 The Federal Deposit Insurance Corporation, as Receiver for NetBank of Alpharetta, Georgia, ("FDIC/Receiver") through its attorney, Dina L. Biblin, Esq., respectfully moves this Court for an enlargement of time until August 18, 2008, to respond to the Complaint in this matter.

 As basis for this Motion, the undersigned represents that the FDIC/Receiver is actively attempting to verify the plaintiff's allegations concerning the liability for the legal fees at issue, and has been communicating directly with plaintiff's counsel in this effort. It was only today that defendant received certain information requested from the plaintiff last week and it is hoped that this continued informal and courteous exchange of information will assist the parties to resolve this case without litigation or to narrow the issues to be determined by this Court. The defendant represents that this is a short extension and will not delay any other deadlines in this case in that none have been set to date. No prior extensions have been sought. The government's answer is due today. [1]

---

[1] Having not previously appeared before Judge Walton, the undersigned acknowledges and regrets that she did not consult this Judge's General Order and Guidelines, requiring an extension to be requested *four days before* a deadline, until today when preparing to file this Consent Motion.

1

The undersigned represents that Jonathan Bart, attorney for plaintiff, consents to and does not oppose this motion for enlargement of time.

For the foregoing reasons, Defendant FDIC/Receiver hereby moves this Court to grant this motion for enlargement of time to and including August 18, 2008. A proposed short-form Order is included, below.

Dated: August 4, 2008                            Respectfully submitted,

/s/ *Dina L. Biblin*
DINA L. BIBLIN,    D.C. Bar # 270298
Sr. Litigation Counsel, FDIC Legal Division
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 N. Fairfax Drive VS-D7050
Arlington, VA 22226
Phone: (703) 562-2372
E mail: DBiblin@fdic.gov

Attorney for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
as Receiver for NetBank of Alpharetta, GA


PROPOSED ORDER

For the foregoing reasons, the motion of defendant FDIC as Receiver for NetBank is granted and the FDIC/Receiver may have an enlargement of time until and including August 18, 2008 to respond to the Complaint in this matter.


Dated: August __, 2008                    _____
                                          U.S. DISTRICT JUDGE

2